UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEEUN FRIEL, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>DAPPER LABS, INC. and ROHAM GHAREGOZLOU,<br><br>　　　　　　Defendants. | Case No. _____<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Kenneth P. Herzinger of Paul Hastings LLP, with offices at 101 California Street, Forty-Eighth Floor, San Francisco, CA 94111, hereby appears on behalf of Defendant Dapper Labs, Inc. in the above-captioned action.  I hearby certify that I am admitted to practice before this court.

Dated:  July 7, 2021　　　　　　　　　　　PAUL HASTINGS LLP


　　　　　　　　　　　　　　　　　　　　By:　　*/s/ Kenneth P. Herzinger*
　　　　　　　　　　　　　　　　　　　　　　　　Kenneth P. Herzinger

　　　　　　　　　　　　　　　　　　　　101 California Street
　　　　　　　　　　　　　　　　　　　　Forty-Eighth Floor
　　　　　　　　　　　　　　　　　　　　San Francisco, California  94111
　　　　　　　　　　　　　　　　　　　　Telephone:  1(415) 856-7000
　　　　　　　　　　　　　　　　　　　　kennethherzinger@paulhastings.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Dapper Labs, Inc.*