**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEEUN FRIEL, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>DAPPER LABS, INC. and ROHAM GHAREGOZLOU,<br><br>        Defendants. | Case No. _____<br><br>**CORPORATE OWNERSHIP STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Dapper Labs, Inc., by and through its undersigned attorneys, hereby states that: (i) it has no corporate parent and (ii) no publicly held corporation owns 10% or more of its stock.

Dated: July 7, 2021

Respectfully Submitted,

PAUL HASTINGS LLP

By:    */s/ Kenneth P. Herzinger*

Kenneth P. Herzinger
101 California Street
Forty-Eighth Floor
San Francisco, California 94111
Telephone: 1(415) 856-7000
kennethherzinger@paulhastings.com

Zachary Zwillinger
200 Park Avenue
New York, New York 10166
Telephone: 1(212) 318-6000
zacharyzwillinger@paulhastings.com

*Attorneys for Defendant Dapper Labs, Inc.*