UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEEUN FRIEL, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DAPPER LABS, INC. and ROHAM GHAREGOZLOU,<br><br>　　　　Defendants. | Case No. _____<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Zachary Zwillinger of Paul Hastings LLP, with offices at 200 Park Avenue, New York, New York 10166, hereby appears on behalf of Defendant Dapper Labs, Inc. in the above-captioned action. I hearby certify that I am admitted to practice before this court.

Dated: July 7, 2021

　　　　　　　　　　　　　　　　　　　　PAUL HASTINGS LLP


　　　　　　　　　　　　　　　　　　　　By: ____/s/ Zachary Zwillinger_____
　　　　　　　　　　　　　　　　　　　　　　　　Zachary Zwillinger

　　　　　　　　　　　　　　　　　　　　200 Park Avenue
　　　　　　　　　　　　　　　　　　　　New York, New York 10166
　　　　　　　　　　　　　　　　　　　　Telephone: 1(212) 318-6000
　　　　　　　　　　　　　　　　　　　　zacharyzwillinger@paulhastings.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Dapper Labs, Inc.*