# CERTIFICATION

I, John Austin, authorize The Rosen Law Firm, P.A. (the "Firm") to file an action or amend a current action under the federal securities laws for rescission and/or damages and to seek other relief against Dapper Labs, Inc. ("Dapper Labs") and its current and former officers and others in connection with the purchase and sale of NBA Top Shot Moments (the "securities") issued by Dapper Labs.

I declare, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint against Dapper Labs and certain of its officers and directors and I authorize the Firm to file a lead plaintiff motion on my behalf.

2. I did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3. I am willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4. The following is a list of all of the purchases and sales I have made in Dapper Labs securities during the Class Period set forth in the complaint. I have made no transactions during the Class Period in the securities that are the subject of this lawsuit except those set forth below:

See Schedule A

5. I have not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6. I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 12/23/2021.

DocuSigned by:

John Austin — 1CC041AA4D5E40D...

SCHEDULE A           JOHN AUSTIN          CLASS PERIOD TRANSACTIONS

| Activity Type | Date | Total Amount | Player Name | Type of Play and Date of Game | Serial Number | Commonality |
|---|---|---|---|---|---|---|
| NBA Top Shot purchase | 3/2/2021 | $14 | Cool Cats | Pack | | Common |
| NBA Top Shot purchase | 2/6/2021 | $4 | Chris Paul | Assist Jan 6 2021 | 7918 | Common |
| NBA Top Shot purchase | 2/21/2021 | $38 | Kelly Oubre | Dunk Dec 22 2020 | 9387 | Common |
| NBA Top Shot purchase | 2/21/2021 | $16 | Javale McGee | Dunk Dec 26 2020 | 7918 | Common |
| NBA Top Shot purchase | 2/27/2021 | $9 | Base Set | Pack | | Common |
| NBA Top Shot gift | 3/2/2021 | Gifted | Dwayne Bacon | Layup | 2079 | Common |
| NBA Top Shot purchase | 3/6/2021 | $14 | Seeing Stars | Pack | | Common |
| NBA Top Shot purchase | 3/19/2021 | $229 | 2021 All-Star Game | Pack | | Common |
| NBA Top Shot sale | 3/20/2021 | $16 | Al Horford | Dunk Dec 31 2020 | 1132 | Common |
| NBA Top Shot gift | 3/21/2021 | Gifted | Javale McGee | Dunk Dec 26 2020 | 10519 | Common |
| NBA Top Shot purchase | 3/29/2021 | $9 | Base Set | Pack | | Common |
| NBA Top Shot purchase | 4/11/2021 | $5 | Andre Iguodala | Dunk Jan 20 2021 | 20954 | Common |
| NBA Top Shot purchase | 4/11/2021 | $7 | Chris Paul | Jump Shot Jan 1 2021 | 32206 | Common |
| NBA Top Shot purchase | 1/27/2021 | $6 | Terry Rozier | Layup Jan 27 2021 | 27257 | Common |
| NBA Top Shot purchase | 4/12/2021 | $9 | Base Set | Pack | | |
| NBA Top Shot purchase | 4/12/2021 | $78 | Jalen Smith | Jump Shot Dec 23 2020 | 3169 | Common |
| NBA Top Shot purchase | 4/12/2021 | $75 | Tyler Herro | Jump Shot Dec 29 2020 | 1852 | Common |
| NBA Top Shot purchase | 4/12/2021 | $96 | Jae'Sean Tate | Layup Dec 26 2020 | 2548 | Common |
| NBA Top Shot purchase | 4/12/2021 | $69 | Anthony Edwards | Dunk Jan 25 2021 | 8011 | Common |
| NBA Top Shot purchase | 4/12/2021 | $19 | Patrick Williams | Dunk Feb 6 2021 | 3187 | Common |
| NBA Top Shot purchase | 4/12/2021 | $100 | Isaiah Stewart | Layup Dec 28 2020 | 1404 | Common |
| NBA Top Shot purchase | 4/12/2021 | $1,050 | LeBron James | Dunk Feb 12 2021 | 996 | Common |
| NBA Top Shot gift | 4/12/2021 | Gifted | DeMar DeRozan | Jump Shot Jan 29 2021 | 14913 | Common |
| NBA Top Shot purchase | 4/13/2021 | $239 | Deandre Ayton | Dunk Oct 23 2019 | 729 | Common |
| NBA Top Shot purchase | 4/13/2021 | $225 | Cameron Johnson | Dunk Feb 29 2021 | 173 | Rare |

SCHEDULE A                               JOHN AUSTIN                    CLASS PERIOD TRANSACTIONS

| | | | | | | |
|---|---|---|---|---|---|---|
| NBA Top Shot purchase | 4/13/2021 | $52 | Chris Paul | Assist Feb 20 2021 | 1421 | Common |
| NBA Top Shot purchase | 4/13/2021 | $55 | Devin Booker | Jump Shot Jan 11 2021 | 2155 | Common |
| NBA Top Shot purchase | 4/13/2021 | $95 | Cameron Payne | Steal Aug 4 2020 | 363 | Common |
| NBA Top Shot purchase | 4/13/2021 | $30 | Jae Crowder | 3 Pointer Jan 23 2021 | 168 | Common |
| NBA Top Shot purchase | 4/14/2021 | $120 | Devin Booker | 3 Pointer Feb 1 2021 | 150 | Common |
| NBA Top Shot purchase | 4/14/2021 | $114 | Chris Paul | Assist Jan 6 2021 | 161 | Common |
| NBA Top Shot purchase | 4/22/2021 | $99 | Premium Pack | Pack | | Common |
| NBA Top Shot purchase | 4/26/2021 | $9 | Base Set | Pack | | Common |
| NBA Top Shot gift | 4/26/2021 | Gifted | Domantas Sabonis | Block Jan 6 2021 | 15880 | Common |
| NBA Top Shot sale | 4/26/2021 | $7 | Derrick Rose | Layup Feb 13 2021 | 18570 | Common |
| NBA Top Shot purchase | 4/27/2021 | $14 | Jevon Carter | Layup Mar 4 2021 | 1481 | Common |
| NBA Top Shot purchase | 4/27/2021 | $135 | Cameron Johnson | Dunk Jan 27 2021 | 57 | Common |
| NBA Top Shot purchase | 4/27/2021 | $100 | Jevon Carter | Layup Mar 4 2021 | 74 | Common |
| NBA Top Shot purchase | 4/27/2021 | $68 | Ricky Rubio | Layup Feb 29 2020 | 821 | Common |
| NBA Top Shot gift | 4/28/2021 | Gifted | Chris Paul | Assist Jan 6 2021 | 10519 | Common |
| NBA Top Shot purchase | 4/28/2021 | $474 | Deandre Ayton | Dunk Feb 22 2021 | 11 | Rare |
| NBA Top Shot purchase | 4/28/2021 | $89 | Jamychal Green | Dunk Jan 3 2021 | 9725 | Common |
| NBA Top Shot purchase | 4/28/2021 | $19 | Joe Ingles | 3 Pointer Jan 23 2021 | 14787 | Common |
| NBA Top Shot purchase | 4/28/2021 | $21 | Duncan Robinson | 3 Pointer Jan 18 2021 | 32676 | Common |
| NBA Top Shot purchase | 4/28/2021 | $95 | T.J. McConnell | Assist Dec 23 2020 | 8239 | Common |
| NBA Top Shot purchase | 4/28/2021 | $10 | Luguentz Dort | Layup Jan 27 2021 | 10530 | Common |
| NBA Top Shot sale | 4/28/2021 | $6 | Luguentz Dort | Layup Jan 27 2021 | 10530 | Common |
| NBA Top Shot purchase | 4/28/2021 | $78 | Chris Paul | Assist Feb 26 2021 | 271 | Common |
| NBA Top Shot sale | 4/28/2021 | $6 | Luguentz Dort | Layup Jan 27 2021 | 10530 | Common |
| NBA Top Shot purchase | 4/28/2021 | $9 | Base Set | Pack | | Common |
| NBA Top Shot sale | 4/22/2021 | $350 | Goran Dragic | Layup Mar 2 2021 | 63 | Rare |
| NBA Top Shot sale | 4/28/2021 | $6 | Christian Wood | Dunk Mar 21 2021 | 18072 | Common |
| NBA Top Shot sale | 4/28/2021 | $6 | Bruce Brown | 3 Pointer Feb 21 2021 | 27681 | Common |

SCHEDULE A                    JOHN AUSTIN                    CLASS PERIOD TRANSACTIONS

| NBA Top Shot sale | 4/28/2021 | $7 | Aaron Gordon | Dunk Jan 11 2021 | 30662 | Common |
|---|---|---|---|---|---|---|
| NBA Top Shot purchase | 4/30/2020 | $128 | LeBron James | Assist Jan 10 2021 | 1884 | Common |
| NBA Top Shot purchase | 4/30/2020 | $29 | Mikal Bridges | Assist Jan 20 2021 | 200 | Common |
| NBA Top Shot purchase | 4/30/2020 | $32 | Cameron Payne | Assist Mar 4 2021 | 112 | Common |
| NBA Top Shot purchase | 4/30/2020 | $125 | Devin Booker | Dunk Jan 9 2021 | 131 | Common |
| NBA Top Shot purchase | 4/30/2020 | $215 | Chris Paul | Assist Feb 20 2021 | 119 | Common |
| NBA Top Shot purchase | 4/30/2020 | $220 | Deandre Ayton | Dunk Aug 13 2020 | 157 | Common |
| NBA Top Shot sale | 4/29/2021 | $28 | Tyrese Halliburton | Dunk Jan 29 2021 | 30769 | Common |
| NBA Top Shot sale | 5/2/2021 | $8 | Talen Horton-Tucker | Dunk Feb 26 20221 | 28479 | Common |
| NBA Top Shot sale | 5/2/2021 | $25 | Luka Doncic | Assist Jan 17 2021 | 31244 | Common |
| NBA Top Shot purchase | 5/3/2021 | $9 | Hustle and Show | Pack | | Common |
| NBA Top Shot purchase | 5/3/2021 | $52 | Terrence Ross | Dunk Dec 29 2021 | 402 | Common |
| NBA Top Shot purchase | 5/3/2021 | $79 | Rudy Gobert | Block Feb 22 2021 | 215 | Common |
| NBA Top Shot purchase | 5/3/2021 | $110 | Chris Chiozza | Steal Jan 12 2021 | 93 | Common |
| NBA Top Shot purchase | 5/3/2021 | $75 | Saddiq Bey | 3 Pointer Jan 10 2021 | 279 | common |
| NBA Top Shot purchase | 5/3/2021 | $65 | R.J. Hampton | 3 Pointer Apr 4 2021 | 228 | Common |
| NBA Top Shot purchase | 5/3/2021 | $70 | Marcus Smart | Steal Apr 13 2021 | 280 | Common |
| NBA Top Shot purchase | 5/3/2021 | $69 | Alex Caruso | Assist Apr 6 2021 | 276 | Common |
| NBA Top Shot purchase | 5/3/2021 | $75 | Colin Sexton | Steal Mar 27 2021 | 280 | Common |
| NBA Top Shot purchase | 5/3/2021 | $80 | Kent Bazemore | Steal Jan 12 2021 | 175 | Common |
| NBA Top Shot purchase | 5/3/2021 | $65 | Bam Adebayo | Dunk Jan 1 2021 | 463 | Common |
| NBA Top Shot purchase | 5/3/2021 | $55 | Clint Capela | Dunk Feb 6 2021 | 349 | Common |
| NBA Top Shot purchase | 5/4/2021 | $69 | DeAndre Jordan | Dunk Feb 6 2021 | 335 | Common |
| NBA Top Shot purchase | 5/4/2021 | $65 | John Collins | Dunk Jan 18 2021 | 279 | Common |
| NBA Top Shot purchase | 5/5/2021 | $190 | Anthony Edwards | Dunk Jan 25 2021 | 384 | Common |
| NBA Top Shot purchase | 5/7/2021 | $9 | Base Set | Pack | | Common |
| NBA Top Shot sale | 5/9/2021 | $6 | Dejounte Murray | 3 Pointer Feb 8 2021 | 1088 | Common |
| NBA Top Shot purchase | 5/10/2021 | $149 | Throwdowns | Pack | | Common |

<u>SCHEDULE A</u>                                     JOHN AUSTIN                         CLASS PERIOD TRANSACTIONS

| NBA Top Shot sale | 5/10/2021 | $4 | Gordon Hayward | Dunk Mar 15 2021 | 8202 | Common |
|---|---|---|---|---|---|---|
| NBA Top Shot sale | 5/10/2021 | $4 | Chris Chiozza | Assist Apr 1 2021 | 10565 | Common |
| NBA Top Shot purchase | 5/14/2021 | $9 | Base Set | Pack | | Common |
| NBA Top Shot purchase | 5/20/2021 | $9 | Hustle and Show | Pack | | Common |
| NBA Top Shot purchase | 5/21/2021 | $9 | Base Set | Pack | | Common |
| NBA Top Shot sale | 5/14/2021 | $3 | Jordan Mclaughlin | Layup Apr 5 2021 | 12586 | Common |
| NBA Top Shot sale | 5/14/2021 | $3 | Jordan Mclaughlin | Layup Apr 5 2021 | 12586 | Common |
| NBA Top Shot sale | 5/2/2021 | $12 | Bismack Biyombo | Layup Jan 1 2021 | 4580 | Common |
| NBA Top Shot sale | 5/9/2021 | $6 | Derrick Rose | Layup Feb 13 2021 | 24685 | Common |
| NBA Top Shot sale | 5/10/2021 | $4 | Joe Harris | Dunk Apr 27 2021 | 23884 | Common |
| NBA Top Shot purchase | 6/11/2021 | $14 | 2021 NBA Playoffs | Pack | | Common |
| NBA Top Shot purchase | 6/11/2021 | $16 | Deandre Ayton | Dunk May 27 2021 | 5391 | Common |
| NBA Top Shot sale | 6/11/2021 | $95 | Luka Doncic | 3 Pointer May 25 2021 | 1901 | Common |
| NBA Top Shot sale | 6/11/2021 | $6 | Nikola Jokic | Jump Shot Feb 6 2021 | 11896 | Common |
| NBA Top Shot sale | 6/11/2021 | $6 | Donovan Mitchel | Block Apr 10 2021 | 7496 | Common |
| NBA Top Shot sale | 6/11/2021 | $4 | Kyle Kuzma | Dunk May 2 2021 | 8682 | Common |
| NBA Top Shot sale | 6/11/2021 | $5 | Ricky Rubio | Layup Apr 24 2021 | 21550 | Common |
| NBA Top Shot purchase | 1/18/2021 | $51 | Devin Booker | Dunk June 3 2021 | 2305 | Common |
| NBA Top Shot sale | 6/11/2021 | $4 | Myles Turner | Block Jan 22 2021 | 2571 | Common |
| NBA Top Shot sale | 6/11/2021 | $5 | Joel Embiid | Jump Shot Feb 19 2021 | 22615 | Common |
| NBA Top Shot sale | 6/11/2021 | $6 | Jrue Holiday | Jump Shot Mar 4 2021 | 2301 | Common |
| NBA Top Shot purchase | 6/14/2021 | $24 | Kevin Durant | Dunk Jan 31 2021 | 12026 | Common |
| NBA Top Shot purchase | 6/14/2021 | $29 | Will Barton | Dunk Jan 5 2021 | 3574 | Common |
| NBA Top Shot purchase | 6/14/2021 | $8 | Nikola Jokic | Assist Jan 5 2021 | 11896 | Common |
| NBA Top Shot purchase | 6/14/2021 | $40 | Monte Morris | Handles Jan 3 2021 | 1436 | Common |
| NBA Top Shot sale | 6/14/2021 | $15 | Jeff Green | Dunk Feb 15 2021 | 4349 | Common |
| NBA Top Shot sale | 6/11/2021 | $5 | Marc Gasol | Jump Shot Jan 18 2021 | 19061 | Common |
| NBA Top Shot sale | 6/11/2021 | $5 | Michael Porter Jr. | Dunk May 7 2021 | 34110 | Common |

| SCHEDULE A | | JOHN AUSTIN | | CLASS PERIOD TRANSACTIONS | | |
|---|---|---|---|---|---|---|
| NBA Top Shot purchase | 6/23/2021 | $9 | Base Set | Pack | | Common |
| NBA Top Shot sale | 6/11/2021 | $4 | Harrison Barnes | 3 Pointer Feb 26 2021 | 2916 | Common |
| NBA Top Shot sale | 6/11/2021 | $5 | Alex Caruso | Block Feb 16 2021 | 36362 | Common |
| NBA Top Shot sale | 6/23/2021 | $13 | Collin Sexton | Steal Mar 27 2021 | 280 | Common |
| NBA Top Shot sale | 6/23/2021 | $13 | Chris Chiozza | Hustle and Show | 93 | Common |
| NBA Top Shot sale | 6/23/2021 | $8 | Shake Milton | Jump Shot Mar 1 2021 | 202 | Common |
| NBA Top Shot sale | 6/23/2021 | $5 | Onyeka Okongwu | Dunk Apr 2 2021 | 3095 | Common |
| NBA Top Shot purchase | 6/23/2021 | $15 | Alex Caruso | Assist Apr 6 2021 | 276 | Common |
| NBA Top Shot purchase | 6/23/2021 | $9 | Base Set | Pack | | |
| NBA Top Shot sale | 6/23/2021 | $11 | Monte Morris | Handles Jan 3 2021 | 1436 | Common |
| NBA Top Shot sale | 6/23/2021 | $9 | Will Barton | Dunk Jan 5 2021 | 3574 | Common |
| NBA Top Shot purchase | 6/25/2021 | $19 | 2021 Playoffs | Pack | | |
| NBA Top Shot purchase | 6/25/2021 | $39 | Cameron Payne | Steal May 27 2021 | 381 | Common |
| NBA Top Shot purchase | 6/25/2021 | $55 | Chris Paul | Handles June 13 2021 | 7540 | Common |
| NBA Top Shot purchase | 6/25/2021 | $25 | Will Barton | Dunk Jun9 2021 | 385 | Common |
| NBA Top Shot purchase | 6/25/2021 | $7 | Dario Saric | 3 Pointer Jan 3 202 | 2131 | Common |
| NBA Top Shot sale | 6/25/2021 | $6 | Nikola Jokic | Assist Jan 5 2021 | 11896 | Common |
| NBA Top Shot sale | 6/25/2021 | $17 | R.J. Barrett | Dunk Feb 12 2021 | 3426 | Common |
| NBA Top Shot sale | 6/25/2021 | $5 | Jru Holidaye | Jump Shot Mar 4 2021 | 2301 | Common |
| NBA Top Shot sale | 6/25/2021 | $15 | R.J. Hampton | 3 Pointer Apr 4 2021 | 228 | Common |
| NBA Top Shot sale | 6/25/2021 | $12 | Marcus Smart | Steal Apr 13 2021 | 280 | Common |
| NBA Top Shot sale | 6/25/2021 | $18 | Saddiq Bey | 3 Pointer Jan 10 2021 | 279 | Common |
| NBA Top Shot sale | 6/25/2021 | $5 | Talen Horton-Tucker | Dunk Feb 6 2021 | 9082 | Common |
| NBA Top Shot purchase | 6/25/2021 | $8 | E'Twaun Moor | 3 Pointer May 16 2021 | 2973 | Common |
| NBA Top Shot sale | 6/25/2021 | $6 | Jrue Holiday | Layup Dec 23 2020 | 7031 | Common |
| NBA Top Shot purchase | 6/26/2021 | $41 | Mikal Bridges | Dunk Jun 9 2021 | 1612 | Common |
| NBA Top Shot purchase | 6/26/2021 | $45 | Torrey Craig | Dunk Jun 7 2021 | 1034 | Common |
| NBA Top Shot sale | 6/25/2021 | $5 | Khris Middleton | Assist Jan 11 2021 | 19105 | Common |

SCHEDULE A      JOHN AUSTIN     CLASS PERIOD TRANSACTIONS

| | | | | | | |
|---|---|---|---|---|---|---|
| NBA Top Shot sale | 6/25/2021 | $5 | Jrue Holiday | Layup Dec 23 2020 | 23526 | Common |
| NBA Top Shot purchase | 7/6/2021 | $16 | Jrue Holiday | Layup Mar 13 2021 | 4940 | Common |
| NBA Top Shot sale | 4/30/2021 | $10 | Mikal Bridges | Assist Jan 20 2021 | 20968 | Common |
| NBA Top Shot sale | 5/2/2021 | $127 | Jalen Smith | Jump Shot Dec 23 2020 | 3169 | Common |
| NBA Top Shot purchase | 7/9/2021 | $14 | 2021 NBA Playoffs | Pack | | |
| NBA Top Shot purchase | 7/9/2021 | $55 | Jae Crowder | Assist June 20 2021 | 369 | Common |
| NBA Top Shot purchase | 7/9/2021 | $50 | Mikal Bridges | Dunk June 20 2021 | 331 | Common |
| NBA Top Shot sale | 7/9/2021 | $16 | Monte Morris | 3 Pointer Jun 3 2021 | 5655 | Common |
| NBA Top Shot sale | 7/9/2021 | $4 | Kyle Kuzma | Dunk May 2 2021 | 36955 | Common |
| NBA Top Shot purchase | 7/11/2021 | $10 | Khris Middleton | Assist Jan 11 2021 | 39435 | Common |
| NBA Top Shot sale | 7/11/2021 | $6 | Draymond Green | Assist Jan 11 2021 | 12137 | Common |
| NBA Top Shot sale | 6/23/2021 | $15 | Kevin Durant | Dunk Mar 31 2021 | 12026 | Common |
| NBA Top Shot sale | 6/25/2021 | $6 | Jaden McDaniels | Dunk Mar 31 2021 | 21831 | Common |
| NBA Top Shot sale | 6/25/2021 | $40 | LaMelo Ball | Layup Dec 26 2020 | 19655 | Common |
| NBA Top Shot sale | 6/25/2021 | $34 | Zach Levine | Dunk Mar17 2021 | 2581 | Common |
| NBA Top Shot sale | 6/23/2021 | $8 | Grayson Allen | Dunk Jan 11 2021 | 2665 | Common |
| NBA Top Shot sale | 6/25/2021 | $4 | Larry Nance Jr | Dunk Jan 22 2021 | 8369 | Common |
| NBA Top Shot sale | 6/23/2021 | $10 | Armoni Brooks | 3 Pointer May 10 2021 | 10704 | Common |
| NBA Top Shot sale | 7/11/2021 | $222 | Anthony Edwards | Dunk Jan 25 2021 | 384 | Common |
| NBA Top Shot sale | 6/23/2021 | $12 | Ben Simmons | Layup May 2 2021 | 14230 | Common |
| NBA Top Shot sale | 6/23/2021 | $4 | Kendrick Nunn | Dunk Jan 27 2021 | 19521 | Common |
| NBA Top Shot sale | 6/25/2021 | $5 | Chris Boucher | Dunk Feb 6 2021 | 15758 | Common |
| NBA Top Shot sale | 6/25/2021 | $70 | Fred Van Vleet | 3 Pointer Feb 21 2021 | 1161 | Common |
| NBA Top Shot sale | 10/07/2021 | $11 | JaMychal Green | Dunk Jan 3 2021 | 9725 | Common |
| NBA Top Shot sale | 10/08/2021 | $74 | Ricky Rubio | Layup Feb 29 2021 | 821 | Common |
| NBA Top Shot sale | 10/11/2021 | $4 | Mason Plumlee | Dunk Mar 26 2021 | 38677 | Common |
| NBA Top Shot sale | 10/12/2021 | $5 | Chuma Okeke | Dunk Apr 26 2021 | 32089 | Common |
| NBA Top Shot sale | 10/13/2021 | $5 | Christian Wood | Dunk Mar 21 2021 | 8189 | Common |

SCHEDULE A                              JOHN AUSTIN                      CLASS PERIOD TRANSACTIONS

| NBA Top Shot sale | 11/01/2021 | $8 | Fred Van Vleet | Layup Feb 2 2021 | 32500 | Common |
|---|---|---|---|---|---|---|
| NBA Top Shot sale | 12/03/2021 | $11 | Dejounte Murray | Dunk Mar 31 2021 | 16267 | Common |
| NBA Top Shot purchase | 12/16/2021 | $9 | Base Set Pack | | | Common |
| NBA Top Shot purchase | 12/16/2021 | $9 | Base Set Pack | | | Common |
| NBA Top Shot purchase | 12/16/2021 | $9 | Base Set Pack | | | Common |
| NBA Top Shot purchase | 12/16/2021 | $9 | Base Set Pack | | | Common |
| NBA Top Shot purchase | 12/16/2021 | $9 | Base Set Pack | | | Common |
| NBA Top Shot purchase | 12/18/2021 | $35 | Steve Nash | Assist Dec 30 2005 | 686 | Common |
| NBA Top Shot purchase | 12/18/2021 | $22 | Frank Kaminsky | Layup Nov 10 2021 | 77 | Common |
| NBA Top Shot purchase | 12/22/2021 | $17 | Landry Shamet | Block Nov 14 2021 | 84 | Common |
| NBA Top Shot purchase | 12/22/2021 | $15 | JaVale McGee | Dunk Oct 30 2021 | 87 | Common |

*Gifts were sent to Mr. Austin's brothers.