```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/24/2022

JEEUN FRIEL,

                Plaintiff,

- against -

DAPPER LABS, INC. and ROHAM GHAREGOZLOU,

                Defendants.

21 Civ. 05837 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On January 27, 2022, defendant Dapper Labs, Inc. ("Dapper Labs") filed a letter requesting a pre-motion conference prior to moving for to dismiss the Amende Complaint. (See Dkt. No. 30.) On February 3, 2022, Lead Plaintiff Gary Leuis and plaintiff John Austin ("Plaintiffs") filed a letter opposing Dapper Labs's request. (See Dkt. No. 31.) Upon reviewing the parties' submissions, the Court is persuaded that Dapper Labs's request to file the motion to dismiss should be granted.

**IT IS HEREBY ORDERED**, Defendants' request for a pre-motion conference (Dkt No. 32) is **DENIED**, and the parties are directed to submit to the Court, by July 1, 2022, a proposed briefing schedule for the motion to dismiss.

**SO ORDERED.**

Dated:     June 24, 2022
            New York, New York

                                            Victor Marrero
                                            U.S.D.J.