UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEEUN FRIEL, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  -against-<br><br>DAPPER LABS, INC. and ROHAM GHAREGOZLOU,<br><br>      Defendants. | Case No. 1:21-cv-05837-VM<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss, Request for Judicial Notice in Support of Defendants' Motion to Dismiss pursuant to Fed. R. Evid. 201(b), and Declaration of Erin Zatlin in Support of Defendants' Request for Judicial Notice, Defendants Dapper Labs, Inc. and Roham Gharegozlou will move this Court, before the Honorable Victor Marrero, at Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, Room 2260, New York, New York, 10007, on a date and time to be determined by the Court, for an Order, under Fed. R. Civ. P. 12(b)(6), dismissing with prejudice the claims asserted against them in this action, taking judicial notice of the incorporated documents, and granting such other relief as the Court deems just and proper. Defendants request oral argument.

| | | |
|---|---|---|
| Dated: | San Francisco, California<br>August 30, 2022 | Respectfully submitted,<br><br>PAUL HASTINGS LLP<br><br>*/s/ Kenneth P. Herzinger*<br>Kenneth P. Herzinger<br>Sean D. Unger (*Pro Hac Vice*)<br>Erin Zatlin (*Pro Hac Vice*)<br>101 California Street, 48th Floor<br>San Francisco, CA 94111<br>Tel: 415-856-7000<br>kennethherzinger@paulhastings.com<br>seanunger@paulhastings.com<br>erinzatlin@paulhastings.com<br><br>Zachary S. Zwillinger<br>200 Park Avenue<br>New York, NY, 10166<br>Tel:  212-318-6000<br>zacharyzwillinger@paulhastings.com<br><br>*Attorneys for Defendant Dapper Labs, Inc. and Roham Gharegozlou* |