USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/16/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

JEEUN FRIEL, Individually and on behalf of all other similarly situated,

        Plaintiff,

- against -

DAPPER LABS, INC. and ROHAM GHAREGOZLOU,

        Defendants.

**21 Civ. 5837 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

An Amended Complaint in the above captioned matter was filed on December 27, 2021. (Dkt. No. 27.) After the Court denied Defendants' Motion to Dismiss (Dkt. No. 43) Defendants filed an Answer to the Amended Complaint on March 15, 2023. (Dkt. No. 44.)

It is hereby ordered that the parties submit a joint letter, within thirty (30) days of the date of this Order, addressing the following in separate paragraphs: (1) a brief description of the case, including the key factual and legal issues for which discovery is required; (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a completed Case Management Plan that provides that discovery is to be completed within four months

unless otherwise permitted by the Court. A model Case Management Plan is available on the Court's website: https://nysd.uscourts.gov/hon-victormarrero.

**SO ORDERED.**

Dated:   16 March 2023
         New York, New York

_____
Victor Marrero
U.S.D.J.