USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/24/2023

## ORDER FOR WITHDRAWAL OF ZACHARY ZWILLINGER AS COUNSEL OF RECORD

PLEASE TAKE NOTICE that pursuant to the attached declaration and subject to the approval of the court, Defendants Dapper Labs. Inc. and Roham Gharegozlou ("Defendants") notify the Court that Zachary Zwillinger (zacharyzwillinger@paulhastings.com) of Paul Hastings LLP, 200 Park Avenue, New York, NY 10166, is no longer counsel for Defendants in the above-captioned action.  Kenneth P. Herzinger, Sean D. Unger, and Erin Zatlin remain counsel of record for Defendants.

It is hereby requested that the Court remove Mr. Zwillinger's name and email address from the service list that is on file with the Court in this action.

Dated: March 23, 2023
New York, New York

                                        Respectfully Submitted,

                                        By:   */s/ Zachary Zwillinger*
                                               Zachary Zwillinger

                                      200 Park Avenue
                                      New York, New York
                                      Telephone:  1(212) 318-6774
                                      zacharyzwillinger@paulhastings.com

SO ORDERED:

_____              Date:  03/24/2023
The Honorable Victor Marrero
United States District Judge