## ORDER FOR WITHDRAWAL OF ABIGAIL H. WALD AS COUNSEL OF RECORD

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/24/2023
```

PLEASE TAKE NOTICE that pursuant to the attached declaration and subject to the approval of the court, Defendants Dapper Labs. Inc. and Roham Gharegozlou ("Defendants") notify the Court that Abigail H. Wald (abigailwald@paulhastings.com) of Paul Hastings LLP, 101 California Street, Forty-Eighth Floor, San Francisco, CA, 94111, is no longer counsel for Defendants in the above-captioned action. Kenneth P. Herzinger, Sean D. Unger, and Erin Zatlin remain counsel of record for Defendants.

It is hereby requested that the Court remove Ms. Wald's name and email address from the service list that is on file with the Court in this action.

Dated: March 23, 2023

San Francisco, California

                                          Respectfully Submitted,

                                          By:    */s/ Abigail H. Wald*
                                                         Abigail H. Wald

                                          101 California Street
                                          Forty-Eighth Floor
                                          San Francisco, California 94111
                                          Telephone: 1(415) 856-7000
                                          abigailwald@paulhastings.com

SO ORDERED:

_____
The Honorable Victor Marrero
United States District Judge

                                          Date:   03/24/2023