USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/31/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEEUN FRIEL, Individually and on behalf of all others similarly situated,

        Plaintiffs,

- against -

DAPPER LABS, INC. and ROHAM GHAREGOZLOU,

        Defendants.

---

**21 Civ. 5837 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The case management conference currently scheduled for August 4, 2023 is hereby adjourned to August 2, 2024 at 11:00 a.m.

**SO ORDERED.**

Dated:    31 July 2023
           New York, New York

                                  _____
                                      Victor Marrero
                                         U.S.D.J.