UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEEUN FRIEL, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>DAPPER LABS, INC. AND ROHAM GHAREGOZLOU,<br><br>    Defendants. | Case No.: 1:21-cv-05837-VM |

## NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE that Lead Plaintiff Gary Leuis and Named Plaintiff John Austin ("Plaintiffs"), through their undersigned attorneys, respectfully move this Court, the Honorable Victor Marrero, United States District Judge of the Southern District of New York, 500 Pearl Street, Courtroom 15B, New York, NY 10007, on a date and at a time designed by the Court, for entry of an Order: (a) preliminarily certifying the Settlement Class; (b) preliminarily approving the terms of the Settlement between Plaintiffs and Defendants as set forth in the Stipulation of Settlement ("Stipulation") submitted concurrently herewith; (c) approving the form and method for providing notice of the Settlement; and (d) scheduling a hearing date for final approval of the Settlement.

This motion is based on this Notice of Motion, the Stipulation and all exhibits attached thereto, and Plaintiffs' supporting Memorandum of Law, each filed contemporaneously herewith, and all pleadings, records, and papers on file herein.

Defendants do not oppose the relief requested by this motion. Accordingly, Plaintiffs request that the Court enter the [Proposed] Order Preliminarily Approving Class Action Settlement and Providing for Notice, attached as Exhibit A to the Stipulation, and submitted herewith for the Court's convenience.

DATED:   June 3, 2024
         New York, New York

                                            Respectfully submitted,

                                            **THE ROSEN LAW FIRM, P.A.**

                                            /s/ *Phillip Kim*
                                            Phillip Kim, Esq.
                                            Laurence M. Rosen, Esq.
                                            Michael Cohen, Esq.
                                            275 Madison Avenue, 40th Floor
                                            New York, New York 10016
                                            Telephone: (212) 686-1060

1

Fax: (212) 202-3827
Email: philkim@rosenlegal.com
Email: lrosen@rosenlegal.com
Email: mcohen@rosenlegal.com

*Counsel for Plaintiffs and the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system

*/s/ Phillip Kim*
Phillip Kim