USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEEUN FRIEL, individually and on behalf of all others similarly situated,

        Plaintiff,

- against -

DAPPER LABS, INC. and ROHAM GHAREGOZLOU,

        Defendants.

**21 Civ. 5837 (VM)**

<u>ORDER</u>

---

**VICTOR MARRERO, United States District Judge.**

    The case management conference scheduled in this matter for August 2, 2024 is hereby canceled.

**SO ORDERED.**

Dated:    4 June 2024
           New York, New York

                                              Victor Marrero
                                              U.S.D.J.