# EXHIBIT A



Phone 866.274.4004
610.565.9202
Fax 610.565.7985

strategicclaims.net

June 13, 2024

**VIA USPS CERTIFIED MAIL**

To: Federal and State Officials Per 28 U.S.C. § 1715 on Attached Service List

Re:     CAFA Notice for the proposed Settlement in *Friel v. Dapper Labs, Inc. et al.*, 1:21-cv-05837-VM, pending in the United States District Court, Southern District of New York

Dear Federal and State Officials:

Pursuant to Section 3 of the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, Defendants Dapper Labs, Inc. and Roham Gharegozlou ("Defendants") hereby notify you of the proposed settlement of the above-referenced action (the "Action"), currently pending in the United States District Court for the Southern District of New York ("the Court").

Eight items must be provided to you in connection with any proposed class action settlement pursuant to 28 U.S.C. § 1715(b). Each of these items is addressed below, and all are available on the enclosed CD.

1.   28 U.S.C. § 1715(b)(l) – a copy of the complaint and any materials filed with the complaint and any amended complaints.

     The initial New York State Court Complaint and First Amended Complaint filed in the United States District Court for the Southern District of New York, along with attachments are available on the enclosed CD as **Exhibits A-1 and A-2, respectively**.

2.   28 U.S.C. § 1715(b)(2) – notice of any scheduled judicial hearing in the class action.

     On June 3, 2024, Plaintiff filed a motion for preliminary approval of the class action settlement.  On June 4, 2024, the Court entered an Order Preliminarily Approving Class Action Settlement and Providing for Notice.  A Settlement Fairness Hearing been scheduled for September 27, 2024, at 10:00 a.m. before the Honorable Victor Marrero at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.  Included on the enclosed CD are the Notice of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, and the Order Preliminarily Approving Class Action Settlement and Providing for Notice as **Exhibits B-1, B-2, and B-3, respectively**.

3.   28 U.S.C. § 1715(b)(3) – any proposed or final notification to class members.

     Copies of the Notice of Pendency and Proposed Settlement of Class Action, Summary Notice of Pendency and Proposed Settlement of Class Action, Postcard Notice, and Proof of Claim and Release Form are available on the enclosed CD as **Exhibits C-1, C-2, C-3, and D, respectively**.

4.   28 U.S.C. § 1715(b)(4) – any proposed or final class action settlement.

     The Stipulation of Settlement is available on the enclosed CD as **Exhibit E**.

600 North Jackson Street • Suite 205 • Media, PA 19063

5.  <u>28 U.S.C. § 1715(b)(5) – any settlement or other agreement contemporaneously made between class counsel and counsel for defendants.</u>

As reflected in paragraph 2.14 of the Stipulation of Settlement, the parties have entered into a confidential supplemental addendum regarding requests for exclusion (the "Supplemental Agreement") which gives Defendants the right to terminate the settlement in the event that class members timely and validly requesting exclusion from the class meet the conditions set forth in the Supplemental Agreement. The parties have agreed not to file the Supplemental Agreement with the Court unless the Court requires it and to otherwise keep its terms confidential.

6.  <u>28 U.S.C. § 1715(b)(6) – any final judgment or notice of dismissal.</u>

The Court has not yet entered a final judgment or notice of dismissal.  Accordingly, no such document is presently available.

7.  <u>28 U.S.C. § 1715(b)(7) – (A) If feasible, the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement to that State's appropriate State official; or (B) if the provision of the information under subparagraph (A) is not feasible, a reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement.</u>

The "Settlement Class" means all Persons who purchased or acquired NBA Top Shot Moments between June 15, 2020 and December 27, 2021.  Excluded from the class are: (1) Defendants; (2) the officers and directors of Dapper Labs, Inc. at all relevant times; (3) members of immediate families and their legal representatives, heirs, successors or assigns of any excluded Persons; and (4) any entity in which Defendants or any excluded Persons have or had a controlling interest.  Also excluded from the Settlement Class are those Persons who submit a valid and timely request for exclusion in accordance with the June 4, 2024 Order Preliminarily Approving Class Action Settlement and Providing for Notice.

The complete list and counts by state of Class Members is not known.

8.  <u>28 U.S.C. § 1715(b)(8) – any written judicial opinion relating to the materials described in 28 U.S.C. § 1715(b) subparagraphs (3) through (6).</u>

The June 4, 2024 Order Preliminarily Approving Class Action Settlement and Providing for Notice is available on the enclosed CD as **Exhibit B-3**.

The Defendants in this matter are represented by Paul Hastings LLP, 101 California Street Forty-Eighth Floor, San Francisco, CA 94111.  If you have any questions about this notice, the Action, or the materials included on the enclosed CD, please contact Kenneth Herzinger of Paul Hastings at 415-856-7000.

Sincerely,


Strategic Claims Services

By:  Matthew Shillady
Title: Director of Operations


Enclosure – CD ROM

**CAFA NOTICE SERVICE LIST**

**U.S. Attorney General**
Merrick B. Garland
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530

**Alabama Attorney General**
Steve Marshall
501 Washington Ave.
P.O. Box 300152
Montgomery, AL 36130

**Alaska Attorney General**
Treg Taylor
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501

**American Samoa Attorney General**
Fainu'ulelei Ala'ilima-Utu
Executive Office Building, Utulei
P.O. Box 7
Utulei, AS 96799

**Arizona Attorney General**
Kris Mayes
2005 N Central Ave
Phoenix, AZ 85004

**Arkansas Attorney General**
Tim Griffin
323 Center St., Suite 200
Little Rock, AR 72201

**California Attorney General**
Rob Bonta
c/o CAFA Coordinator
455 Golden Gate Ave, Suite 11000
San Francisco, CA 94102

**Colorado Attorney General**
Phil Weiser
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203

**Connecticut Attorney General**
William Tong
165 Capitol Avenue
Hartford, CT 06106

**Delaware Attorney General**
Kathy Jennings
Carvel State Office Building
820 N. French St.
Wilmington, DE 19801

**District of Columbia Attorney General**
Brian Schwalb
400 6th Street NW
Washington, D.C. 20001

**Florida Attorney General**
Ashley Moody
Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL 32399

**Georgia Attorney General**
Chris Carr
40 Capitol Square, SW
Atlanta, GA 30334

**Guam Attorney General**
Douglas Moylan
Office of the Attorney General ITC Building
590 S. Marine Corps Dr, Ste 706
Tamuning, Guam 96913

**Hawaii Attorney General**
Anne E. Lopez
425 Queen St.
Honolulu, HI 96813

**Idaho Attorney General**
Raúl Labrador
700 W. Jefferson Street, Suite 210
P.O. Box 83720
Boise, ID 83720

**Illinois Attorney General**
Kwame Raoul
James R. Thompson Ctr.
100 W. Randolph St.
Chicago, IL 60601

**Indiana Attorney General**
Todd Rokita
Indiana Government Center South
302 West Washington St., 5th Fl.
Indianapolis, IN 46204

**Iowa Attorney General**
Brenna Bird
Hoover State Office Building
1305 E. Walnut
Des Moines, IA 50319

**Kansas Attorney General**
Kris Kobach
120 S.W. 10th Ave., 2nd Fl.
Topeka, KS 66612

**Kentucky Attorney General**
Russell Coleman
700 Capital Avenue
Capitol Building, Suite 118
Frankfort, KY 40601

**Louisiana Attorney General**
Liz Murrill
P.O. Box 94095
Baton Rouge, LA 70804

**Maine Attorney General**
Aaron Frey
State House Station 6
Augusta, ME 04333

**Maryland Attorney General**
Anthony G. Brown
200 St. Paul Place
Baltimore, MD 21202

**Massachusetts Attorney General**
Andrea Campbell
1 Ashburton Place
Boston, MA 02108

**Michigan Attorney General**
Dana Nessel
G. Mennen Williams Building, 7th Fl
P.O. Box 30212
525 W. Ottawa St.
Lansing, MI 48909

**Minnesota Attorney General**
Keith Ellison
445 Minnesota St.
Suite 1400
St. Paul, MN 55101

**Mississippi Attorney General**
Lynn Fitch
Department of Justice, P.O. Box 220
Jackson, MS 39205

**Missouri Attorney General**
Andrew Bailey
Supreme Ct. Bldg., 207 W. High St.
P.O. Box 899
Jefferson City, MO 65102

**Montana Attorney General**
Austin Knudsen
Office of the Attorney General, Justice Bldg.
215 N. Sanders St., Third Floor
P.O. Box 201401
Helena, MT 59620

**Nebraska Attorney General**
Mike Hilgers
2115 State Capitol
P.O. Box 98920
Lincoln, NE 68509

**Nevada Attorney General**
Aaron D. Ford
100 N. Carson St.
Old Supreme Ct. Bldg.
Carson City, NV 89701
*NVAGCAFAnotices@ag.nv.gov

*Preferred

**New Hampshire Attorney General**
John Formella
33 Capitol St.
Concord, NH 03301

**New Jersey Attorney General**
Matthew J. Platkin
Richard J. Hughes Justice Complex
25 Market Street, 8th Floor
P.O. Box 080
Trenton, NJ 08625

**New Mexico Attorney General**
Raul Torrez
P.O. Drawer 1508
Santa Fe, NM 87504

**New York Attorney General**
Letitia A. James
Department of Law
The Capitol, 2nd Floor
Albany, NY 12224

**North Carolina Attorney General**
Josh Stein
9001 Mail Service Center
Raleigh, NC 27699

**North Dakota Attorney General**
Drew Wrigley
State Capitol
600 E. Boulevard Ave. Dept 124
Bismarck, ND 58505

**Northern Mariana Islands Attorney General**
Edward E. Manibusan
Administration Building
P.O. Box 10007
Saipan, MP 96950

**Ohio Attorney General**
Dave Yost
State Office Tower
30 E. Broad St., 14th Floor
Columbus, OH 43215

**Oklahoma Attorney General**
Gentner Drummond
313 NE 21st Street
Oklahoma City, OK 73105

**Oregon Attorney General**
Ellen F. Rosenblum
Oregon Department of Justice
1162 Court St., NE
Salem, OR 97301

**Pennsylvania Attorney General**
Michelle A. Henry
Pennsylvania Office of Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120

**Puerto Rico Attorney General**
Domingo Emanuelli Hernandez
P.O. Box 9020192
San Juan, PR 00902

**Rhode Island Attorney General**
Peter F. Neronha
150 S. Main St.
Providence, RI 02903

**South Carolina Attorney General**
Alan Wilson
Rembert C. Dennis Office Bldg.
P.O. Box 11549
Columbia, SC 29211

**South Dakota Attorney General**
Marty Jackley
1302 East Highway 14, Suite 1
Pierre, SD 57501

**Tennessee Attorney General**
Jonathan Skrmetti
P.O. Box 20207
Nashville, TN 37202

**Texas Attorney General**
Ken Paxton
Capitol Station
P.O. Box 12548
Austin, TX 78711

**U.S. Virgin Islands Attorney General**
Ian Clement
34-38 Kronprindsens Gade
GERS Building, 2nd Floor
St. Thomas, Virgin Islands 00802

**Utah Attorney General**
Sean Reyes
Office of the Attorney General
PO Box 142320
Salt Lake City, UT 84114

**Vermont Attorney General**
Charity R. Clark
109 State St.
Montpelier, VT 05609

**Virginia Attorney General**
Jason Miyares
202 North Ninth Street
Richmond, VA 23219

**Washington Attorney General**
Bob Ferguson
1125 Washington St. SE
P.O. Box 40100
Olympia, WA 98504

**West Virginia Attorney General**
Patrick Morrisey
State Capitol Complex, Bldg. 1, Rm. E-26
1900 Kanawha Blvd. E
Charleston, WV 25305

**Wisconsin Attorney General**
Josh Kaul
Wisconsin Department of Justice State
Capitol, Room 114 East
P.O. Box 7857
Madison, WI 53707

**Wyoming Attorney General**
Bridget Hill
State Capitol Bldg.
109 State Capitol
200 W. 24th Street
Cheyenne, WY 82002