**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| JEEUN FRIEL, Individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>               v.<br><br>DAPPER LABS, INC. AND ROHAM GHAREGOZLOU,<br><br>               Defendants. | Case No.: 1:21-cv-05837-VM |

**[PROPOSED] ORDER AWARDING ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND AWARDS TO PLAINTIFFS**

WHEREAS, the Court has granted final approval of the Settlement of the above-referenced class action;

WHEREAS, The Rosen Law Firm, P.A. ("Rosen Law"), appointed by the Court as Lead Counsel for purposes of the Settlement, has petitioned the Court for an award of attorneys' fees in compensation for services provided to Lead Plaintiff Gary Leuis and Named Plaintiff John Austin (collectively, "Plaintiffs") and the Settlement Class, along with reimbursement of expenses incurred in connection with prosecuting this action, and awards to Plaintiffs, to be paid out of the Settlement Fund established pursuant to the Settlement;

WHEREAS, capitalized terms used herein having the meanings defined in the Stipulation of Settlement dated June 3, 2024 (the "Stipulation") (Dkt. No. 67); and

WHEREAS, the Court has reviewed the fee application and the supporting materials filed therewith and has heard the presentation made by Lead Counsel during the final approval hearing on September 27, 2024, and due consideration having been had thereon.

NOW, THEREFORE, it is hereby ordered:

1.      Rosen Law is awarded one-third of the Settlement Fund or $1,333,333.33 as attorneys' fees in this action, together with a proportionate share of the interest earned on the fund, at the same rate as earned by the balance of the fund, from the date of the establishment of the fund to the date of payment.

2.      Lead Counsel shall be awarded expenses in the amount of $20,549.07, with interest, as described above.

3.      Plaintiffs shall be awarded $10,000 each as reimbursement for their lost time and expenses in connection with their prosecution of the Action.

4.      Except as otherwise provided herein, the attorneys' fees, reimbursement of expenses, and awards to Plaintiffs shall be paid in the manner and procedure provided for in the Stipulation.

**IT IS SO ORDERED.**

Dated:_____, 2024                    _____

HON. VICTOR MARRERO
UNITED STATES DISTRICT JUDGE