# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEEUN FRIEL, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>DAPPER LABS, INC. AND ROHAM GHAREGOZLOU,<br><br>        Defendants. | Case No.: 1:21-cv-05837-VM |

### DECLARATION OF SARAH EVANS CONCERNING: (A) EMAILING OF THE SUMMARY NOTICE AND MAILING OF THE POSTCARD NOTICE; (B) PUBLICATION OF THE SUMMARY NOTICE; AND (C) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS

I, Sarah Evans, declare as follows:

1.      I am a Project Manager at Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.  I have over eight years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over five hundred fifty (550) class action cases since its inception. I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

2.      Pursuant to the Court's Order Preliminarily Approving Class Action Settlement and Providing for Notice, dated June 4, 2024 (Dkt. No. 71, the "Preliminary Approval Order"), SCS was appointed and approved as the Claims Administrator and Escrow Agent to supervise and administer the notice procedure as well as the processing of claims in connection with the

Settlement of the above-captioned Action.[1]  I submit this declaration in order to provide the Court and the Parties with information regarding the notifications to potential Settlement Class Members, as well as other aspects of the Settlement administration process.

**DISSEMINATION OF EMAILED AND MAILED NOTICE**

3.      To provide actual notice to all Persons who purchased or acquired NBA Top Shot Moments ("Moments") during the period from June 15, 2020 to December 27, 2021, both dates inclusive ("Settlement Class Period"), pursuant to the Preliminary Approval Order, SCS emailed a copy of the Summary Notice of Pendency and Proposed Class Action Settlement ("Summary Notice") and links to the location of the electronic Notice of Pendency and Proposed Settlement of Class Action ("Notice") and Proof of Claim and Release Form ("Claim Form", and together with the Notice, "Long Notice and Claim Form"). A copy of the emailed Summary Notice with direct links to the location of the electronic Long Notice and Claim Form is attached hereto as **Exhibit A**.

4.      Pursuant to the Preliminary Approval Order, on May 16, 2024, SCS received from Defense Counsel records containing the names and contact information for 680,095 Persons who were customers of Dapper Labs, Inc. ("Dapper") and are Settlement Class Members ("Class Information"). The 680,095 Settlement Class Members listed in the Class Information included 3,624 for whom no mailing or email addresses were provided.  Prior to disseminating Notice, SCS used the service BriteVerify to confirm the validity of the email addresses included in the Class Information.

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation of Settlement, dated June 3, 2024 (Dkt. No. 67, the "Settlement Stipulation").

5.      On or before the Court-ordered deadline of July 4, 2024, SCS emailed a personalized Summary Notice or mailed a personalized Postcard Notice[2] to the members of the Settlement Class identified in the Class Information. The 676,471[3] Settlement Class Members for whom SCS had an email address and/or mailing address were sent notice in the following manner: 642,235 had verified email addresses and were emailed the Summary Notice and the link to the location of the electronic Long Notice and Claim Form; and the remaining 34,236 for whom no valid email address was available were mailed a copy of the Postcard Notice.  A copy of the Long Notice and Claim Form is attached hereto as **Exhibit B**.

6.      Out of the 642,235 emails sent to the verified email addresses, 3,364 of them bounced back as undeliverable. The Class Information included physical mailing addresses for 2,665 of these Settlement Class Members, and SCS promptly mailed a Postcard Notice to the address on file.

7.      Out of the 36,901[4] Postcard Notices mailed, 2,685 were returned as undeliverable. Of these, the United States Postal Service provided forwarding addresses for 10.  SCS immediately mailed another Postcard Notice to the updated addresses. The remaining 2,675 Postcard Notices returned as undeliverable were "skip-traced" to obtain updated addresses and 306 were re-mailed to updated addresses. A copy of the Postcard Notice is attached hereto as **Exhibit C**.

---

[2] Each emailed Summary Notice and mailed Postcard Notice was personalized to include the unique Identification Number and PIN that were assigned to the recipient Settlement Class Member, in accordance with the Preliminary Approval Order.
[3] This number is the 680,095 Settlement Class Members in the Class Information less the 3,624 for whom neither an email address nor mailing address was provided.
[4] This number includes both the 34,236 Postcard Notices initially mailed to Settlement Class Members with no valid email address and the additional 2,665 Postcard Notices mailed to those whose email bounced back undeliverable.

### **PUBLICATION OF THE SUMMARY NOTICE**

8.      Pursuant to the Preliminary Approval Order, the Summary Notice was first transmitted over *GlobeNewswire* on July 3, 2024. It was then transmitted a second time over *PR Newswire* on July 17, 2024, fourteen days after the *GlobeNewswire* transmission, in accordance with the procedure outlined in the Preliminary Approval Order. The confirmations of publication for *Globe Newswire* and *PR Newswire* are attached hereto as **Exhibit D.**

### **TOLL-FREE PHONE LINE**

9.      SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement, as well as to request that the Long Notice and Claim Form be mailed to them. SCS has promptly responded to each telephone inquiry and will continue to address Settlement Class Member inquiries through the administration process.

### **SETTLEMENT WEBSITE**

10.     On June 21, 2024, SCS established the dedicated website for the Settlement at www.frielvdapperlabssettlement.com. The website contains a home page; important documents page such as the Long Notice and Claim Form, the Preliminary Approval Order, and the Settlement Stipulation and exhibits; the link to the online claim filing system; and a contact us page. To date, the website has received 369,142 page views by 92,805 unique users.

### **REPORT ON EXCLUSIONS AND OBJECTIONS**

11.     The Postcard Notice, Long Notice, Summary Notice, and the settlement website informed potential Settlement Class Members that written requests for exclusion are to be mailed so that they are received by SCS no later than August 30, 2024.  SCS has been monitoring all mail delivered for this case.  As of the date of this declaration, SCS has received 201 requests for

exclusion; of these, 55 requests are valid, while the remaining 146 requests are currently invalid for not being submitted in accordance with the instructions outlined in the Long Notice. SCS has notified the 146 individuals whose requests were invalid of the inadequacy of the exclusion request and has not received a response to date. A copy of the 55 valid requests is attached hereto as **Exhibit E**.

12.      According to the Postcard Notice, Long Notice, and Summary Notice, Settlement Class Members seeking to object to the Settlement, the Plan of Allocation, and/or to the Fee and Expense Application must serve those objections upon Lead Counsel and Counsel for Defendants, as well as file them with Clerk of the Court, no later than August 30, 2024.  As of the date of this declaration, SCS has been notified by Lead Counsel of one objection. A copy of the objection is attached hereto as **Exhibit F.**

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 22nd day of August 2024, in Media, Pennsylvania.

_____
Sarah Evans

**EXHIBIT A**

**sevans@strategicclaims.net**

| | |
|---|---|
| **From:** | Claims Administrator <info@frielvdapperlabssettlement.com> |
| **Sent:** | Wednesday, August 21, 2024 7:46 AM |
| **To:** | sevans@strategicclaims.net |
| **Subject:** | Notice of Pendency of Class Action - Dapper Labs. Inc. Securities Settlement |

**Claim Identification Number:** XXXXX-000000000
**PIN:** 0000

Visit **http://frielvdapperlabssettlement.com for copies of the Notice of Pendency and Proposed Settlement of Class Action and the Proof of Claim and Release Form**

**SUMMARY NOTICE OF PENDENCY AND**
**PROPOSED CLASS ACTION SETTLEMENT**

**TO: ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED NBA TOP SHOT MOMENTS FROM JUNE 15, 2020 TO DECEMBER 27, 2021, INCLUSIVE**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Southern District of New York, that a hearing will be held on September 27, 2024, at 10:00 a.m. before the Honorable Victor Marrero, United States District Judge of the Southern District of New York, 500 Pearl Street, Courtroom 15B, New York, NY 10007, for the purpose of determining: (1) whether the proposed Settlement of the claims in the above-captioned Action for consideration including the sum of $4,000,000 and the Business Changes should be approved by the Court as fair, reasonable, and adequate; (2) whether the proposed plan to distribute the Settlement proceeds is fair, reasonable, and adequate; (3) whether the application of Lead Counsel for an award of attorneys' fees of up to one-third plus interest of the Settlement Amount, reimbursement of expenses of not more than $40,000, and a service payment of no more than $20,000 in total to Plaintiffs should be approved; and (4) whether this Action should be dismissed with prejudice as set forth in the Stipulation of Settlement, dated June 3, 2024 (the "Settlement Stipulation"). The Court reserves the right to hold the Settlement Fairness Hearing telephonically or by other virtual means.

If you purchased or otherwise acquired NBA Top Shot Moments ("Moments") from June 15, 2020 to December 27, 2021, both dates inclusive, your rights may be affected by this Settlement, including the release and extinguishment of claims you may possess relating to your ownership interest in Moments. If you need assistance obtaining a detailed Notice of Pendency and Proposed Settlement of Class Action ("Notice") and a copy of the Proof of Claim and Release Form ("Claim Form"), you may write to, call, or contact the Claims Administrator: Dapper Labs, Inc. Securities Litigation, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson St., Ste. 205, Media, PA 19063; (Phone) (833) 279-8069; (Fax) (610) 565-7985; info@frielvdapperlabssettlement.com. You can also download copies of the Notice and submit your Claim Form online at www.FrielvDapperLabsSettlement.com. If you are a member of the Settlement Class, to share in the distribution of the Net Settlement Fund, you must submit a Claim Form electronically or postmarked no later than August 30, 2024 to the Claims Administrator, establishing that

you are entitled to share in the recovery. Unless you submit a written exclusion request, you will be bound by any judgment rendered in the Action whether or not you make a claim.

If you desire to be excluded from the Settlement Class, you must submit to the Claims Administrator a request for exclusion so that it is received no later than August 30, 2024, in the manner and form explained in the Notice. All members of the Settlement Class who have not requested exclusion from the Settlement Class will be bound by any judgment entered in the Action pursuant to the Settlement Stipulation.

Any objection to the Settlement, Plan of Allocation, or Lead Counsel's request for an award of attorneys' fees and reimbursement of expenses and awards to Plaintiffs must be in the manner and form explained in the detailed Notice and received no later than August 30, 2024, by each of the following:

| Clerk of the Court<br>United States District Court<br>Southern District of<br>New York<br>500 Pearl Street<br>New York, NY 10007 | Phillip Kim<br>The Rosen Law Firm, P.A.<br>275 Madison Ave<br>40th Floor<br>New York, NY 10016<br><br>**Plaintiffs' Lead Counsel** | Kenneth P. Herzinger<br>Paul Hastings LLP<br>101 California Street<br>Forty-Eighth Floor<br>San Francisco, CA 94111<br><br>**Counsel for Defendants** |
|---|---|---|

If you have any questions about the Settlement, please contact the Claims Administrator:
Dapper Labs, Inc. Securities Litigation
c/o Strategic Claims Services
600 N Jackson Street – Suite 205
Media, PA 19063
info@frielvdapperlabssettlement.com

# Dapper Labs, Inc. Securities Litigation

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**

DATED: JUNE 4, 2024

BY ORDER OF THE UNITED STATES
DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

*If you would like to unsubscribe from future email communications regarding this case, please click the link below. We are the Claims Administrator for this case and we were provided your information*

*because you were identified as a potential Settlement Class Member. Your information will only be used to provide you communications regarding this case and not for any other purpose.*

*Unsubscribing from emails regarding this case does not remove you from the class list and you may still receive communications via regular mail as required by the court. Unsubscribing from emails is not the same as opting out or excluding yourself from the case. Please refer to the information you received about the case for more information regarding that process.*

I have read the above and would like to unsubscribe from future email communications regarding this case.

EXHIBIT B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

JEEUN FRIEL, Individually and on behalf of all
others similarly situated,

          Plaintiff,

          v.

DAPPER LABS, INC. AND ROHAM
GHAREGOZLOU,

          Defendants.

Case No.: 1:21-cv-05837-VM

---

## NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION

If you purchased or acquired NBA Top Shot Moments ("Moments") from June 15, 2020 to December 27, 2021, both dates inclusive ("Settlement Class Period"), you could get a payment from a class action settlement (the "Settlement").

*Under law, a federal court has authorized this Notice.  This is not attorney advertising.*

- If approved by the Court, the Settlement will provide four million dollars ($4,000,000) (the "Settlement Fund") gross, plus interest as it accrues, minus attorneys' fees, costs, administrative expenses, and net of any taxes on interest, to pay claims of those who purchased or acquired Moments during the Settlement Class Period. The Settlement also provides that Dapper Labs, Inc. ("Dapper" or the "Company") will adopt or will continue Business Changes that address allegations in the Complaint and the Court's motion to dismiss order entered on February 22, 2023.

- The Settlement represents an estimated average recovery of $0.12 per Moment for the approximately 33,037,779 Moments purchased or otherwise acquired during the Settlement Class Period. This is not an estimate of the actual recovery per Moment you should expect. Your actual recovery, if any, will depend on the aggregate losses of all Settlement Class Members, the date(s) you purchased and acquired Moments, the purchase and sales prices, and the total number and amount of claims filed.

- Lead Counsel will ask the Court to award attorneys' fees in an amount not to exceed one-third of the Settlement Fund ($1,333,333.33), reimbursement of no more than $40,000 in litigation expenses, and a total case contribution award to Plaintiffs in total not to exceed $20,000. Collectively, the attorneys' fees and expenses and Plaintiffs' award are estimated not to exceed an average of $0.04 per Moment purchased or acquired during the Settlement Class Period. If approved by the Court, these amounts will be paid from the Settlement Fund.

- The average approximate recovery, after deduction of attorneys' fees and expenses approved by the Court, is $0.08 per Moment purchased or acquired during the Settlement Class Period. This estimate is based on the assumptions set forth in the preceding paragraphs. This is not an estimate of the actual recovery per Moment you should expect. Your actual recovery, if any, will depend on the aggregate losses of all Settlement Class Members, the date(s) you purchased or acquired Moments, the purchase and sale prices, and the total number and amount of claims filed.

- The Settlement resolves the Action concerning whether Defendants violated the federal securities laws by promoting, offering, and selling unregistered securities to investors in the form of Moments which are non-fungible tokens ("NFTs"). Defendants have denied and continue to deny all allegations of wrongdoing, fault, liability or damage. Defendants have also denied, among other things, the

1

allegations that Plaintiffs or the Settlement Class have suffered damages or that Plaintiffs or the Settlement Class were harmed by the conduct alleged in the Action. Defendants continue to believe the claims asserted against it in the Action are without merit.

- Your legal rights will be affected whether you act or do not act. If you do not act, you may permanently forfeit your right to any recovery. Therefore, you should read this Notice carefully. This notice is intended to provide you with a Summary of the Settlement. For a full description of the Settlement, you may review it at www.FrielvDapperLabsSettlement.com.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **Submit a Claim Form** | Fill out the attached Proof of Claim and Release Form and submit it no later than **August 30, 2024**. **This is the only way to get a payment.** |
| **Exclude Yourself from the Class** | Submit a request for exclusion no later than **August 30, 2024.** This is the only way you can ever be part of any other lawsuit against the Defendants or other Released Parties relating to the legal claims in this case. **If you exclude yourself, you will receive no payment and cannot object or speak at the hearing**. |
| **Object** | Write to the Court no later than **August 30, 2024,** about why you do not like the Settlement. You can still submit a Proof of Claim and Release Form. If the Court approves the Settlement, you will be bound by it. |
| **Go to the Hearing** | Ask to speak in Court about the fairness of the Settlement at the hearing on **September 27, 2024**. You can still submit a Proof of Claim and Release Form. If the Court approves the Settlement, you will be bound by it. |
| **Do Nothing** | **Get no payment AND give up your right to bring your own individual action relating to the claims asserted in the Action.** |

## INQUIRIES

**Please do not contact the Court regarding this Notice.** All inquiries concerning this Notice, the Proof of Claim and Release Form, or the Settlement should be directed to:

| Claims Administrator | | Lead Counsel |
|---|---|---|
| Dapper Labs, Inc. Securities Litigation c/o Strategic Claims Services P.O. Box 230 600 N. Jackson St., Ste. 205 Media, PA 19063 Tel.: (833) 279-8069 Fax: (610) 565-7985 info@strategicclaims.net | **or** | Phillip Kim THE ROSEN LAW FIRM, P.A. 275 Madison Ave, 40th Floor New York, NY 10016 Tel.: (212) 686-1060 Fax: (212) 202-3827 philkim@rosenlegal.com |

## DEFINITIONS

All capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation of Settlement, dated June 3, 2024 (the "Settlement Stipulation").

## COMMON QUESTIONS AND ANSWERS CONCERNING THE SETTLEMENT

**1.  Why did I get this Notice?**

You or someone in your family may have purchased or acquired Moments from Dapper during the period from June 15, 2020 to December 27, 2021, both dates inclusive.

**2.  What is this lawsuit about?**

The case is known as *Friel v. Dapper Labs, Inc., et al.,* Case No. 1:21-cv-05837-VM (the "Action"). The Court in charge of the case is the United States District Court for the Southern District of New York.

The Action involves allegations that Defendants sold unregistered securities in the form of Moments in violation of the federal securities laws. Defendants have denied and continue to deny all allegations of wrongdoing, fault, liability or damage whatsoever asserted in the Action. The Settlement shall in no event be construed as, or deemed to be evidence of, liability, fault, wrongdoing, injury or damages, or of any wrongful conduct, acts or omissions on the part of any of the Released Parties, or of any infirmity of any defense, or of any damages to Plaintiffs or any other Settlement Class Member.

**3.  Why is this a class action?**

In a class action, one or more persons and/or entities, called plaintiffs, sue on behalf of all persons and/or entities who have similar claims. All of these persons and/or entities are referred to collectively as a class, and these individual persons and/or entities are known as class members. One court resolves all of the issues for all class members, except for those class members who exclude themselves from the class.

**4.  Why is there a Settlement?**

Plaintiffs and Defendants do not agree regarding the merits of Plaintiffs' allegations and recovery if Plaintiffs were to prevail at trial on each claim. Plaintiffs and Defendants disagree regarding whether any of Defendants' conduct is actionable under the federal securities laws, the availability of certain defenses to Defendants, and the amount of alleged damages, if any, that could be recovered at trial.

This matter has not gone to trial and the Court has not decided in favor of either Plaintiffs or Defendants. Instead, Plaintiffs and Defendants have agreed to settle the case. Plaintiffs and Lead Counsel believe the Settlement is best for all Settlement Class Members because of the risks associated with continued litigation and the nature of the defenses raised by Defendants. Even if Plaintiffs were to win at trial, and also prevail on any appeal, Plaintiffs might not be able to collect some or any of the judgment they could be awarded.

**5.  How do I know if I am part of the Settlement?**

The Settlement Class consists of all persons and entities who purchased or acquired Moments from June 15, 2020 to December 27, 2021, both dates inclusive, subject to the exclusions in Question 6 below.

**6.  Are there exceptions to being included?**

Yes. Excluded from the Settlement Class are: (1) Defendants; (2) the officers and directors of Dapper at all relevant times; (3) members of immediate families and their legal representatives, heirs, successors or assigns of any excluded Persons; and (4) any entity in which Defendants or any excluded Persons have or had a controlling interest. Also excluded from the Settlement Class are those Persons who submit valid and timely requests for exclusion as described below in the response to Question 11.

**7.  I am still not sure whether I am included.**

If you are still not sure whether you are included in the Settlement Class, you can ask for free help. For more information, you can contact the Claims Administrator, Strategic Claims Services, by phone at (833) 279-8069, by email at info@strategicclaims.net, or by facsimile at (610) 565-7985; visit the website www.FrielvDapperLabsSettlement.com; or fill out and return the Proof of Claim and Release Form described in Question 9, to see if you qualify.

**8.    What does the Settlement provide?**

   **a.    What is the Settlement Fund?**

The proposed Settlement provides for Defendants and/or their insurers to pay four million dollars ($4,000,000) into a settlement fund (the "Settlement Fund") as well as the adoption or continued implementation of the Business Changes. The Settlement is subject to Court approval. Also, subject to the Court's approval, a portion of the Settlement Fund will be used to pay attorneys' fees with interest and reasonable litigation expenses to Lead Counsel, and any award to Plaintiffs. A portion of the Settlement Fund also will be used to pay taxes due on interest earned by the Settlement Fund, if necessary, and the costs of the claims administration, including the costs of printing and mailing and/or emailing notices and the costs of publishing notices. After the foregoing deductions from the Settlement Fund have been made, the amount remaining (the "Net Settlement Fund") will be distributed to Settlement Class Members who submit timely, valid claims, according to the Plan of Allocation to be approved by the Court.

   **b.    What can you expect to receive under the proposed Settlement?**

Your share of the Net Settlement Fund will or may depend on: (i) the number of claims filed by all Settlement Class Members; (ii) the dates you purchased, acquired and sold Moments (if applicable); (iii) the prices of your purchases and sales; (iv) the amount of administrative costs, including the costs of notice; and (v) the amount awarded by the Court to Lead Counsel for attorneys' fees, costs, and expenses and awards to Plaintiffs.

The Net Settlement Fund will be distributed to Settlement Class Members who submit a Proof of Claim and Release Form and whose claims for recovery are allowed by the Claims Administrator ("Authorized Claimants") pursuant to the terms of the Settlement Stipulation or by order of the Court in accordance with the Proposed Plan of Allocation below. The Proposed Plan of Allocation reflects Plaintiffs' contention that Defendants promoted, offered, and sold unregistered securities. Defendants denied and continue to deny these allegations and any and all allegations of wrongdoing, fault, liability or damage whatsoever asserted in the Action.

<u>**PROPOSED PLAN OF ALLOCATION**</u>

   The Plan of Allocation is a matter separate and apart from the proposed Settlement, and any decision by the Court concerning the Plan of Allocation shall not affect the validity or finality of the proposed Settlement. The Court may approve the Plan of Allocation with or without modifications agreed to among the Parties, or another plan of allocation, without further notice to Settlement Class Members. Any orders regarding a modification of the Plan of Allocation will be posted to the Claims Administrator's website, www.FrielvDapperLabsSettlement.com.

   The Claims Administrator shall determine each Authorized Claimant's *pro rata* share of the Net Settlement Fund based upon each Authorized Claimant's Recognized Claim. **Please Note**:    The Recognized Claim formula, set forth below, is not intended to be an estimate of the amount of what a Settlement Class Member might have been able to recover after a trial, nor is it an estimate of the amount that will be paid to Authorized Claimants pursuant to the Settlement.    The Recognized Claim formula is the basis upon which the Net Settlement Fund will be proportionately allocated to the Authorized Claimants. To the extent there are sufficient funds in the Net Settlement Fund, each Authorized Claimant will receive an amount equal to the Authorized Claimant's Recognized Claim and subject to the provisions in the preceding paragraph. If, however, the amount in the Net Settlement Fund is not sufficient to permit payment of the total Recognized Claim of each Authorized Claimant, then each Authorized Claimant shall be paid the percentage of the Net Settlement Fund that each Authorized Claimant's Recognized Claim bears to the total Recognized Claims of all Authorized Claimants and subject to the provisions in the preceding paragraph (*i.e.*, "*pro rata* share"). No distribution will be made on a claim where the potential distribution amount is less than five dollars ($5.00) in cash.

   If any funds remain in the Net Settlement Fund after the initial distribution, then the remaining balance of the Net Settlement Fund six (6) months after the initial distribution shall be used: (i) first, to pay any amounts mistakenly omitted from the initial distribution to Authorized Claimants who receive at least a $5.00 payment; (ii) second, to pay any additional Notice and Administration Costs incurred in administering the Settlement; and (iii) finally, to make a second distribution to Authorized Claimants who

would receive at least $5.00 from such second distribution, after payment of the estimated costs or fees to be incurred in administering the Net Settlement Fund and in making this second distribution, if such second distribution is economically feasible. Six (6) months after such second distribution, if undertaken, or if such second distribution is not undertaken, any funds remaining in the Net Settlement Fund shall be donated to a non-profit charitable organization(s) selected by Lead Counsel.

## THE BASIS FOR CALCULATING YOUR RECOGNIZED CLAIM:

**Recognized Claim for Dapper Moments purchased during the Settlement Class Period will be calculated as follows:**

1) **For Moments purchased directly from the Company, the Recognized Claim will be the total amount paid to the Company for the Moments purchased.**

2) **For Moments purchased in the secondary market ("peer to peer purchases"), the Recognized Claim will be 5% of the total amount you paid for the Moments purchased.**

Payment pursuant to the Plan of Allocation approved by the Court shall be conclusive against all Authorized Claimants. No person shall have any claim against Defendants, Defendants' Counsel, Plaintiffs, Lead Counsel or the Claims Administrator or other agent designated by Lead Counsel based on the distributions made substantially in accordance with the Settlement Stipulation and the Settlement contained therein, the Plan of Allocation, or further orders of the Court. Each Claimant shall be deemed to have submitted to the jurisdiction of the Court with respect to the Claimant's Proof of Claim and Release Form. All persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims submitted in connection with the Settlement, or otherwise involved in the administration or taxation of the Settlement Fund or the Net Settlement Fund shall be released and discharged from any and all claims arising out of such involvement, and all Settlement Class Members, whether or not they are to receive payment from the Net Settlement Fund, will be barred from making any further claim against the Net Settlement Fund beyond the amount allocated to them as provided in any distribution orders entered by the Court.

**9. How can I get a payment?**
To qualify for a payment, you must send in a form entitled "Proof of Claim and Release Form." This Proof of Claim and Release Form is attached to this Notice. You may also obtain a Proof of Claim and Release Form at www.FrielvDapperLabsSettlement.com. Read the instructions carefully, fill out the form, including the identification number the Claims Administrator assigned and provided to you with the emailed Notice (the "Identification Number"), and sign it in the location indicated. The Proof of Claim and Release Form may be completed by submitting it electronically at www.FrielvDapperLabsSettlement.com **by 11:59 p.m. EST on August 30, 2024**.

The Claims Administrator will process your claim and determine whether you are an Authorized Claimant. Please contact the Claims Administrator if you disagree with any determinations made by the Claims Administrator regarding your Proof of Claim. If you are unsatisfied with the determinations, you may ask the Court, which retains jurisdiction over all Settlement Class Members and the claims-administration process, to decide the issue by submitting a written request.

**10. What am I giving up by receiving a payment and staying in the Class?**
**Unless you exclude yourself from the Settlement Class by the August 30, 2024, deadline,** you will remain a member of the Settlement Class, receive your share of the Net Settlement Fund if you are an Authorized Claimant and submitted a valid Proof of Claim and Release Form, and will be bound by the release of claims against the Defendants and other Released Parties if the Settlement is approved. That means you and all other Settlement Class Members and each of their respective parent entities, associates, affiliates, subsidiaries, predecessors, successors, assigns, attorneys, immediate family members, heirs, representatives, administrators, executors, devisees, legatees, and estates will release (agreeing never to sue, continue to sue, or be part of any other lawsuit) Defendants and all Released Parties from any and all claims which arise out of, are based upon or relate in any way to the purchase or acquisition of Moments during the Settlement Class Period. It means that all of the

Court's orders will apply to you and legally bind you. That means you will accept a share of the Net Settlement Fund as sole compensation for any losses you suffered in the purchase, acquisition, sale or ownership of Moments during the Settlement Class Period. The specific terms of the release are included in the Settlement Stipulation.

**11. How do I get out of the Settlement?**

If you do not want to receive a payment from this Settlement, and you want to keep any right you may have to sue or continue to sue Defendants or other Released Parties on your own, at your own expense, about the claims being released in this Settlement, then you must take steps to exclude yourself from the Settlement. To exclude yourself from the Settlement, you must mail a letter that clearly indicates your name, address, phone number, and e-mail address, and the Identification Number, and states that you "request to be excluded from the Settlement Class in *Friel v. Dapper Labs, Inc., et al.,* Case No. 1:21-cv-05837-VM (S.D.N.Y.)." Any such request for exclusion must be signed and submitted by you, as the beneficial owner, under penalty of perjury. You must mail your exclusion request, to be **received no later than August 30, 2024**, to the Claims Administrator at the following address:

Dapper Labs, Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

**You cannot exclude yourself by telephone or by e-mail.**

If you properly exclude yourself, you will *not* receive a payment from the Net Settlement Fund, you cannot object to the Settlement, and you will not be legally bound by the judgment in this case.

**12. If I do not exclude myself, can I sue Defendants or the other Released Parties for the same thing later?**

No. Unless you followed the procedure outlined in the Notice to exclude yourself, you give up any right to sue Defendants or the Released Parties for the claims being released in this Settlement. If you have a pending lawsuit related to any Released Claims, speak to your lawyer in that case immediately, since you must exclude yourself from this Settlement Class to continue your own lawsuit.

**13. Do I have a lawyer in this case?**

The Court appointed The Rosen Law Firm, P.A. as Lead Counsel to represent you and the other Settlement Class Members. If you want to be represented by your own lawyer, you may hire one at your own expense. Contact information for The Rosen Law Firm, P.A. is provided below.

**14. How will the lawyers be paid?**

Lead Counsel have expended considerable time litigating this Action on a contingent fee basis and have paid for the expenses of the case themselves. They have not been paid attorneys' fees or reimbursed for their expenses in advance of this Settlement. Lead Counsel have done so with the expectation that, if they are successful in recovering money for the Settlement Class, they will receive attorneys' fees and be reimbursed for their litigation expenses from the Settlement Fund, as is customary in this type of litigation. Lead Counsel will not receive attorneys' fees or be reimbursed for their litigation expenses except from the Settlement Fund. Therefore, Lead Counsel will apply to the Court for an award of attorneys' fees in an amount not to exceed one-third ($1,333,333.33) of the Settlement Fund plus interest, reimbursement of litigation expenses of no more than $40,000, and an award to Plaintiffs not to exceed $20,000 in total. The Court may award less than these amounts. Any amounts awarded by the Court will come out of the Settlement Fund.

**15. How do I tell the Court that I do not like the Settlement?**

You can tell the Court you do not agree with the Settlement, any part of the Settlement, and/or to Lead Counsel's motion for attorneys' fees and expenses and application for an award to Plaintiffs, and/or that you think the Court should not approve the Settlement, by mailing a letter stating that you object to the Settlement in the matter of *Friel v. Dapper Labs, Inc., et al.,* Case No. 1:21-cv-05837-

VM (S.D.N.Y.). Be sure to include: (1) your name, address, e-mail address, telephone number, and Identification Number; (2) all grounds for the objection, including any legal support known to you or your counsel; (3) the name, address, email address and telephone number of all counsel, if any, who represent you, including your former or current counsel; and (4) the number of times you and/or your counsel has filed an objection to a class action settlement in the last five years, the nature of each such objection in each case, the jurisdiction in each case, and the name of the issuer of the security or seller of the product or service at issue in each case. Attendance at the Settlement Fairness Hearing is not necessary. Objectors wishing to be heard orally at the Settlement Fairness Hearing are required to indicate in their written objection (or in a separate writing that is submitted and served on the Parties at least ten (10) calendar days prior the Settlement Fairness Hearing) that they intend to appear at the Settlement Fairness Hearing and identify any witnesses they may call to testify or exhibits they intend to introduce into evidence at the Settlement Fairness Hearing. Be sure to serve copies of any objections, papers and briefs to **each** of the addresses listed below, to be **received no later than August 30, 2024**:

| Clerk of the Court United States District Court Southern District of New York 500 Pearl Street New York, NY 10007 | Phillip Kim The Rosen Law Firm, P.A. 275 Madison Ave 40th Floor New York, NY 10016 | Kenneth P. Herzinger Paul Hastings LLP 101 California Street Forty-Eighth Floor San Francisco, CA 94111 |
|---|---|---|
| | **Lead Counsel** | **Counsel for Defendants** |

**16. What is the difference between objecting and requesting exclusion?**

Objecting is simply telling the Court you do not like something about the Settlement or some portion thereof. You can object only if you stay in the Settlement Class. Requesting exclusion is telling the Court you do not want to be part of the Settlement Class and Settlement. If you exclude yourself, you cannot object to the Settlement because it no longer concerns you. If you stay in the Settlement Class and object, but your objection is overruled, you will not be allowed a second opportunity to exclude yourself.

**17. When and where will the Court decide whether to approve the Settlement?**

The Court will hold a Settlement Fairness Hearing on **September 27, 2024, at 10:00 a.m.**, at the United States District Court for the Southern District of New York, 500 Pearl Street, Courtroom 15B, New York, NY 10007. The Court reserves the right to hold the Settlement Fairness Hearing telephonically or by other virtual means. In the event the Court decides to hold the Settlement Fairness Hearing telephonically or by other virtual means, Lead Counsel will direct the Claims Administrator to update its website, on the page dedicated to this Settlement, to include the telephone number or other virtual means to access the Settlement Fairness Hearing.

**18. Do I have to come to the hearing?**

No. Lead Counsel will answer any questions the Court may have. However, you are welcome to attend at your own expense. If you send an objection, you do not have to come to Court to talk about it. As long as you mail your written objection on time, the Court will consider it.

**19. What happens if I do nothing at all?**

If you do nothing, you will not receive a payment from the Settlement. However, unless you exclude yourself, you will not be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Defendants or the Released Parties about the Released Claims (as defined in the Settlement Stipulation) ever again.

DATED: JUNE 4, 2024

BY ORDER OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

## PROOF OF CLAIM AND RELEASE FORM

**Deadline for Submission: August 30, 2024**

IF YOU PURCHASED OR ACQUIRED NBA TOP SHOT MOMENTS ("MOMENTS") BETWEEN JUNE 15, 2020 AND DECEMBER 27, 2021, BOTH DATES INCLUSIVE (THE "SETTLEMENT CLASS PERIOD") YOU ARE A "SETTLEMENT CLASS MEMBER" AND YOU MAY BE ENTITLED TO SHARE IN THE SETTLEMENT PROCEEDS. (EXCLUDED FROM THE SETTLEMENT CLASS ARE: (1) DEFENDANTS; (2) THE OFFICERS AND DIRECTORS OF DAPPER LABS, INC. AT ALL RELEVANT TIMES; (3) MEMBERS OF IMMEDIATE FAMILIES AND THEIR LEGAL REPRESENTATIVES, HEIRS, SUCCESSORS OR ASSIGNS OF ANY EXCLUDED PERSONS; (4) ANY ENTITY IN WHICH DEFENDANTS OR ANY EXCLUDED PERSONS HAVE OR HAD A CONTROLLING INTEREST; AND (5) PERSONS WHO SUBMIT VALID AND TIMELY REQUESTS FOR EXCLUSION IN ACCORDANCE WITH THE PRELIMINARY APPROVAL ORDER.)

IF YOU ARE A SETTLEMENT CLASS MEMBER, IN ORDER TO SHARE IN THE DISTRIBUTION OF THE NET SETTLEMENT FUND, **YOU MUST COMPLETE AND SUBMIT THE ELECTRONIC VERSION OF THIS PROOF OF CLAIM AND RELEASE FORM ("CLAIM FORM") BY 11:59 P.M. EST ON AUGUST 30, 2024 AT THE CLAIMS ADMINISTRATOR'S WEBSITE, WWW.FRIELVDAPPERLABSSETTLEMENT.COM.**

YOUR FAILURE TO SUBMIT YOUR CLAIM BY AUGUST 30, 2024, WILL SUBJECT YOUR CLAIM TO REJECTION AND PRECLUDE YOU FROM RECEIVING ANY MONEY IN CONNECTION WITH THE SETTLEMENT OF THIS ACTION. IF YOU ARE A SETTLEMENT CLASS MEMBER AND DO NOT SUBMIT A PROPER CLAIM FORM, YOU WILL NOT SHARE IN THE SETTLEMENT BUT YOU NEVERTHELESS WILL BE BOUND BY THE SETTLEMENT (INCLUDING ITS RELEASE OF CLAIMS), THE COURT'S ORDER AND FINAL JUDGMENT UNLESS YOU EXCLUDE YOURSELF. SUBMISSION OF A CLAIM FORM DOES NOT GUARANTEE THAT YOU WILL SHARE IN THE PROCEEDS OF THE SETTLEMENT.

## CLAIMANT'S STATEMENT

1. I (we) purchased or acquired NBA Top Shot Moments ("Moments") during the Settlement Class Period. (Do not submit this Proof of Claim and Release Form if you did not purchase Moments during the Settlement Class Period.)

2. By submitting this Proof of Claim and Release Form, I (we) state that I (we) believe in good faith that I am (we are) a Settlement Class Member(s) as defined above and in the Notice of Pendency and Proposed Settlement of Class Action (the "Notice"), or am (are) acting for such person(s); that I am (we are) not a Defendant in the Action or anyone excluded from the Settlement Class; that I (we) have read and understand the Notice; that I (we) believe that I am (we are) entitled to receive a share of the Net Settlement Fund, as defined in the Notice; that I (we) elect to participate in the proposed Settlement described in the Notice; and that I (we) have not filed a request for exclusion. (If you are acting in a representative capacity on behalf of a Settlement Class Member [e.g., as an executor, administrator, trustee, or other representative], you must submit evidence of your current authority to act on behalf of that Settlement Class Member. Such evidence would include, for example, letters testamentary, letters of administration, or a copy of the trust documents.)

3. I (we) consent to the jurisdiction of the Court with respect to all questions concerning the validity of this Claim Form ("Claim Form"). I (we) understand and agree that my (our) claim may be subject to investigation and discovery under the Federal Rules of Civil Procedure, provided that such investigation and discovery shall be limited to my (our) status as a Settlement Class Member(s) and the validity and amount of my (our) claim. No discovery shall be allowed on the merits of the Action or Settlement in connection with processing of the Claim Form.

4. I (we) have provided my identification number assigned to me by the Claims Administrator.

5. I (we) understand that the information contained in this Claim Form is subject to such verification as the Claims Administrator may request or as the Court may direct, and I (we) agree to cooperate in any such verification. (The information requested herein is designed to provide the minimum amount of information necessary to process most simple claims. The Claims Administrator may request additional information as required to calculate your Recognized Loss efficiently and reliably. In some cases, the Claims Administrator may condition acceptance of the claim based upon the production of additional information.)

6. Upon the occurrence of the Court's approval of the Settlement, as detailed in the Notice, I (we) agree and acknowledge that my (our) signature(s) hereto shall effect and constitute a full and complete release, remise and discharge by me (us) and my (our) heirs, joint tenants, tenants in common, beneficiaries, executors, administrators, predecessors, successors, attorneys, insurers and assigns (or, if I am (we are) submitting this Claim Form on behalf of a corporation, a partnership, estate or one or more other persons, by it, him, her or them, and by its, his, her or their heirs, executors, administrators, predecessors, successors, and assigns) of each of the "Released Parties" of all "Released Claims," as those terms are defined in the Stipulation of Settlement, dated June 3, 2024 ("Stipulation").

7. Upon the occurrence of the Court's approval of the Settlement, as detailed in the Notice, I (we) agree and acknowledge that my (our) signature(s) hereto shall effect and constitute a covenant by me (us) and my (our) heirs, joint tenants, tenants in common, beneficiaries, executors, administrators, predecessors, successors, attorneys, insurers and assigns (or, if I am (we are) submitting this Claim Form on behalf of a corporation, a partnership, estate or one or more other persons, by it, him, her or them, and by its, his, her or their heirs, executors, administrators, predecessors, successors, and assigns) to permanently refrain from prosecuting or attempting to prosecute any Released Claims against any of the Released Parties.

8. I acknowledge that "Released Parties" has the meaning laid out in the Stipulation.

9. I acknowledge that "Released Claims" has the meaning laid out in the Stipulation.

10. I acknowledge that "Unknown Claims" has the meaning laid out in the Stipulation.

11. I (We) acknowledge that the inclusion of "Unknown Claims" in the definition of claims released pursuant to the Stipulation was separately bargained for and is a material element of the Settlement of which this release is a part.

DAPPER LABS

## I. CLAIMANT INFORMATION

| Beneficial Owner Name: | | |
|---|---|---|
| | | |
| Address: | | |
| | | |
| City | State | ZIP |
| Foreign Province | Foreign Country | |
| Day Phone | Evening Phone | |
| Email | | |
| Social Security Number (for individuals): | O R | Taxpayer Identification Number (for estates, trusts, corporations, etc.): |
| Identification Number Assigned by Claims Administrator | | |

## II. FORM OF PAYMENT

You must choose how to receive your distribution payment from the Net Settlement Fund (the distribution amount will be the same whichever form you choose). YOU MUST CHOOSE ONLY ONE FORM OF PAYMENT FROM THE FOLLOWING OPTIONS:

☐  I choose to receive my distribution payment from the Net Settlement Fund via an Electronic Debit MasterCard, which will be sent to me by email to the email address identified in Section I above;

**OR**

☐  I choose to receive my distribution payment from the Net Settlement Fund via an electronic gift card, which will be sent to me by email to the email address identified in Section I above, and I choose to receive the brand of gift card checked below: (If you choose to receive an electronic gift card but do not choose one of the options below, an Amazon electronic gift card will be the default choice.)

      ☐  <u>Amazon</u>

      ☐  <u>Target</u>

      ☐  <u>Walmart</u>

**OR**

☐  I choose to receive my distribution payment from the Net Settlement Fund via a paper check, which will be mailed to me at the address listed in Section I above. If you choose this option, please allow additional time for the payment to reach you.[1]

If a form of payment is not selected above in Section II, the default payment form will be Electronic Debit MasterCard.

---

[1] Paper checks are only available for those Settlement Class Members who will receive a payment of at least $25.00. If you elect to receive a paper check, but the payment amount for which you are eligible is less than $25.00, you will automatically receive payment via an Electronic Debit MasterCard.

DAPPER LABS

## III. CERTIFICATION

I (We) submit this Proof of Claim and Release Form under the terms of the Settlement Stipulation described in the Notice. I (We) also submit to the jurisdiction of the United States District Court for the Southern District of New York with respect to my (our) claim as a Settlement Class Member(s) and for purposes of enforcing the release and covenant not to sue set forth herein. I (We) further acknowledge that I am (we are) bound by and subject to the terms of any judgment that may be entered in this Action. I (We) have not submitted any other claim covering the same purchases or acquisitions of Moments during the Settlement Class Period and know of no other Person having done so on my (our) behalf.

I (We) certify that I am (we are) NOT subject to backup withholding under the provisions of Section 3406 (a)(1)(c) of the Internal Revenue Code because: (a) I am (We are) exempt from backup withholding; or (b) I (We) have not been notified by the I.R.S. that I am (we are) subject to backup withholding as a result of a failure to report all interest or dividends; or (c) the I.R.S. has notified me (us) that I am (we are) no longer subject to backup withholding.

**NOTE: If you have been notified by the I.R.S. that you are subject to backup withholding, please strike out the language that you are not subject to backup withholding in the certification above.**

UNDER THE PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED STATES, I (WE) CERTIFY THAT ALL OF THE INFORMATION I (WE) PROVIDED ON THIS PROOF OF CLAIM AND RELEASE FORM IS TRUE, CORRECT AND COMPLETE.

Signature of Claimant (If this claim is being made on behalf of Joint Claimants, then each must sign):

_____
(Signature)

_____
(Signature)

_____
(Capacity of person(s) signing, e.g. beneficial purchaser(s), executor, administrator, trustee, etc.)
☐ Check here if proof of authority to file is enclosed.
(See Item 2 under Claimant's Statement)

Date: _____

**THIS PROOF OF CLAIM AND RELEASE FORM MUST BE SUBMITTED ONLINE BY 11:59 P.M. EST ON AUGUST 30, 2024 AT WWW.FRIELVDAPPERLABSSETTLEMENT.COM**

A Claim Form shall be deemed to have been submitted when actually received by the Claims Administrator. The Claims Administrator will acknowledge receipt of your Claim Form by emailing a confirmation. Your claim is not deemed filed until you receive such an acknowledgement.

You should be aware that it will take a significant amount of time to process fully all of the Claim Forms and to administer the Settlement. This work will be completed as promptly as time permits, given the need to investigate and tabulate each Claim Form. Please notify the Claims Administrator of any change of address.

Dapper Labs, Inc. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste 205
Media, PA 19063

**IMPORTANT LEGAL NOTICE – PLEASE FORWARD**

## REMINDER CHECKLIST

o   Please be sure to sign this Claim Form on page 11. If this Claim Form is submitted on behalf of joint claimants, each claimant must sign.

o   Please make sure that you have indicated on page 10 the form of payment in which you would like to receive the portion of the Net Settlement Fund for which you may be eligible.

o   If you move or change your address, telephone number or email address, please submit the new information to the Claims Administrator, as well as any other information that will assist us in contacting you. NOTE: Failure to submit updated information to the Claims Administrator may result in the Claims Administrator's inability to contact you regarding issues with your claim or deliver payment to you.

**EXHIBIT C**

Dapper Labs, Inc. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street, Suite 205
Media, PA 19063

**Court-Ordered Legal Notice**

**Forwarding Service Requested**

Identification Number: _____

PIN: _____

*Important Notice about a Securities
Class Action Settlement*

*You may be entitled to a payment.
This Notice may affect your legal
rights.*

*Please read it carefully.*

*Friel v. Dapper Labs, Inc., et al. Case No. 1:21-cv-05837-VM*

THIS CARD ONLY PROVIDES LIMITED INFORMATION ABOUT THE SETTLEMENT.
PLEASE VISIT WWW.FRIELVDAPPERLABSSETTLEMENT.COM OR CALL 1-833-279-8069 FOR MORE INFORMATION.

There has been a proposed Settlement of all claims against Dapper Labs, Inc. ("Dapper") and Roham Gharegozlou (with Dapper, "Defendants"). The Settlement resolves a lawsuit in which Plaintiffs allege that Defendants sold unregistered securities, causing damage to Settlement Class Members. Defendants deny any wrongdoing.

You received this Notice because you or someone in your family may have purchased or acquired NBA Top Shot Moments ("Moments") between June 15, 2020 and December 27, 2021, both dates inclusive ("Settlement Class Period"). The Settlement provides that, in exchange for the settlement and dismissal and release of claims against Defendants, a fund consisting of $4,000,000 ("Settlement Fund"), less attorneys' fees and expenses, will be divided among all Settlement Class Members who submit a valid Proof of Claim and Release Form ("Proof of Claim"). Additionally, Defendants have agreed to adopt and/or continue to implement certain Business Changes. For a full description of the Settlement, your rights, and to make a claim, please view the Stipulation of Settlement at www.FrielvDapperLabsSettlement.com and please request a copy of the Notice of Pendency and Proposed Settlement of Class Action ("Long Notice") and Proof of Claim by contacting the Claims Administrator in any of the following ways: (1) mail: Dapper Labs, Inc. Securities Litigation, c/o Strategic Claims Services, 600 N. Jackson St., Ste. 205, P.O. Box 230, Media, PA 19063; (2) call: toll free, (833) 279-8069; (3) Fax: (610) 565-7985; (4) email: info@strategicclaims.net; or (5) visit the website: www.FrielvDapperLabsSettlement.com.

To qualify for payment, you must submit a Proof of Claim to the Claims Administrator. A copy of the Proof of Claim can be found on the website. PROOFS OF CLAIM MUST BE SUBMITTED ONLINE AT WWW.FRIELVDAPPERLABSSETTLEMENT.COM BY 11:59 P.M. EST ON AUGUST 30, 2024. Please make sure you include the Identification Number assigned to you with your Proof of Claim submission. If you do not want to be legally bound by the Settlement, you must exclude yourself by August 30, 2024, or you will not be able to sue Defendants about the legal claims in this case. If you exclude yourself, you cannot get money from this Settlement. If you stay in the Settlement, you may object to it by August 30, 2024. The Long Notice explains how to exclude yourself or to object.

The Court will hold a hearing on September 27, 2024 at 10:00 a.m. at 500 Pearl Street, Courtroom 15B, New York, NY 10007, or via remote means at the Court's direction, to consider whether to approve the Settlement, the Plan of Allocation, a request for attorneys' fees of up to one-third of the Settlement Fund, plus actual expenses up to $40,000, for litigating the case and negotiating the Settlement, and compensatory award to Plaintiffs not to exceed $20,000 ("Settlement Fairness Hearing"). You may attend the hearing and ask to be heard by the Court, but you do not have to. The Court reserves the right to hold the Settlement Fairness Hearing by remote means. You may, but are not required to, attend the hearing and ask to be heard by the Court. For more information, call (833) 279-8069, or visit www.FrielvDapperLabsSettlement.com.

EXHIBIT D

**sevans@strategicclaims.net**

| | |
|---|---|
| **From:** | donotreply@globenewswire.com |
| **Sent:** | Wednesday, July 3, 2024 8:01 AM |
| **To:** | sevans@strategicclaims.net |
| **Cc:** | jbravata@strategicclaims.net; sevans@strategicclaims.net; lrosen@rosenlegal.com |
| **Subject:** | GlobeNewswire Release Distribution Confirmation: The Rosen Law Firm PA |



# Release Distribution Confirmation

**The Rosen Law Firm, P.A. Announces Proposed Class Action Settlement on Behalf of Purchasers of NBA Top Shot Moments**

*Cross time: 07/03/24 08:00 AM ET: Eastern Time - View release on GlobeNewswire.com*

This email message serves as a formal confirmation that your release was transmitted on GlobeNewswire's distribution network as requested, including any fax or email broadcasts.

If you have any questions, comments or concerns, please reply to this message, contact your account manager, or call our Customer Service Center at 800-307-6627, or 310-642-6930

This message was distributed by GlobeNewswire.

2321 Rosecrans Ave. Ste 2200, El Segundo, CA, 90245, USA. +1-800-307-6627. www.globenewswire.com

You received this email because you have an account with GlobeNewswire.

If you have any questions, please send an email to support@globenewswire.com or Contact Us

| **From:** | phhubs@prnewswire.com |
|---|---|
| **To:** | sevans@strategicclaims.net; jbravata@strategicclaims.net |
| **Subject:** | PR Newswire: Press Release Distribution Confirmation for The Rosen Law Firm, P.A.. ID#4192969-1-1 |
| **Date:** | Wednesday, July 17, 2024 8:00:15 AM |

Hello

Your press release was successfully distributed at: 17-Jul-2024 08:00:00 AM ET

Release headline: The Rosen Law Firm, P.A. Announces Proposed Class Action Settlement on Behalf of Purchasers of NBA Top Shot Moments
Word Count: 729
Product Selections:
US1
Visibility Reports Email
Complimentary Press Release Optimization
PR Newswire ID: 4192969-1-1


View your release:* https://www.prnewswire.com/news-releases/the-rosen-law-firm-pa-announces-proposed-class-action-settlement-on-behalf-of-purchasers-of-nba-top-shot-moments-302182192.html?tc=eml_cleartime

Thank you for choosing PR Newswire!

Regards,

Your 24/7 Content Services Team
888-776-0942
PRNCS@prnewswire.com

Achieve your communications goals every time you distribute content, with these tips for crafting your next perfect press release:
https://www.prnewswire.com/resources/white-papers/definitive-guide-engaging-press-release/?utm_medium=email&utm_source=iris&utm_content=content&utm_campaign=2024-prn-distro-confirmation

US Members, find audience, engagement and other key metrics for your release by accessing your complimentary Visibility Reports in the Online Member Center: https://portal.prnewswire.com/Login.aspx

* If the page link does not load immediately, please refresh and try again after a few minutes.

# Friel v Dapper Settlement Exclusion Notice

I, Brian Tran request to be excluded from the Settlement Class in *Friel v. Dapper Labs, Inc., et al., Case No. 1:21-cv-05837-VM (S.D.N.Y.)*.

**Name:** Brian Tran

**Address:**

**Phone Number:**

**Email:**

**Claim Identification Number:** VXWYX-483944986

**PIN:**



8 JUL 2024

TO: Dapper Labs, Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St. Ste 205
Media, PA 19063

19063-256455

JUL 12 2024

Christopher Lembo

6/28/2024

Claims Administrator
Dapper Labs, Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

Re: Request for Exclusion from Settlement Class in Friel v. Dapper Labs, Inc., et al., Case No.
1:21-cv-05837-VM (S.D.N.Y.)

Dear Claims Administrator,

I am writing to formally request to be excluded from the Settlement Class in the case of Friel v.
Dapper Labs, Inc., et al., Case No. 1:21-cv-05837-VM (S.D.N.Y.).

My details are as follows:

- Name: Christopher Lembo
- Address:
- Phone Number:
- Email Address:
- Claim ID: XGPYM-852148581
- PIN:

I understand that by requesting exclusion, I will not be entitled to any benefits under the
settlement agreement. I affirm that I am the beneficial owner and that the information provided
herein is accurate to the best of my knowledge.

Please process this request accordingly and confirm receipt to the provided email address at
your earliest convenience.

Thank you for your attention to this matter.

Sincerely,

Christopher Lembo



29 JUN 2024

JUL 0 2 2024

Dapper Labs, Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

19063-256455

Dapper Labs, Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063


REQUEST FOR EXCLUSION FROM CLASS ("OPT-OUT") FORM

Friel v. Dapper Labs, Inc., et al., Case No. 1:21-cv-05837-VM (S.D.N.Y.)

By signing and returning this form, I confirm that I do not want to be included in the Settlement of the class action lawsuit referenced above.

I understand that by opting out, I am giving up my right to receive any payments under the settlement.

By opting out, I understand that I retain the right to file my own individual lawsuit against Dapper Labs, Inc., et al.

By providing the following information, I affirm that I want to opt-out of this class:


Name:          Eric J Chapman

                          07/02/2024

Address:

Phone No:
E-mail Address:
ID Number:     MGDRK-417856712



9 JUL 2024

DAPPER LABS, INC SECURITIES LIT.
c/o STRATEGIC CLAIMS SERVICES
PO BOX 230
600 N. JACKSON ST, STE 205
MEDIA, PA 19063

JUL 1 2 2024

19063-256455

Jordan Crabtree

July 1, 2024

Dapper Labs, Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

Subject: Request for Exclusion from Settlement Class in Friel v. Dapper Labs, Inc., et al., Case
No. 1:21-cv-05837-VM (S.D.N.Y.)

To Whom It May Concern,

I am writing to formally request to be excluded from the Settlement Class in the case of Friel v.
Dapper Labs, Inc., et al., Case No. 1:21-cv-05837-VM (S.D.N.Y.).

Below are my details for your reference:

- Name: Jordan Crabtree
- Address:
- Phone Number:
- Email Address:
- Claim ID Number: CXAGE-775414366

I understand that by requesting to be excluded, I will not receive any benefits from the
Settlement, and I will retain the right to pursue my own legal action, if I choose to do so.

This request is made under penalty of perjury.

Sincerely,

Jordan Crabtree

2 JUL 2024

Dapper Labs, Inc Sec. Lit.
c/o Strategic Claims Services
PO Box 230
600 N. Jackson St. Ste 205
Media, PA 19063

Joseph A. Cordova

Claim Identification Number: UMUKA-375439995
Dapper ID:

To whom it may concern,

This is a formal request that I, Joseph A. Cordova, want to be excluded from the Settlement
Class in Friel v. Dapper Labs, Inc., et al., Case No. 1:21-cv-05837-VM (S.D.N.Y.).

Thank you,
Joseph A. Cordova

01/ JUL/2024



PRIORITY MAIL

PRIORITY® FLAT RATE ENV
ONE RATE ■ ANY WEIGHT

APPLY PRIORITY MAIL POSTA

*Retail*

RDC 03

19063

0 Lb 0.40 Oz

JUL. 01, 2024

$9.17

EXPECTED DELIVERY DAY: 07/03/24

USPS TRACKING® #

Dupper Labs, Inc. Securities Litigation
c/o strategic Claims services
P.O. Box 230
400 N. Jackson St., Ste. 205
Media, PA 19063

JUL 09 2024

For international shipments, the maximum weight is 4 lbs.

Dearest Claims Administrator,

**I request to be excluded from the Settlement Class in Friel v. Dapper Labs, Inc., et al., Case No. 1:21-cv-05837-VM (S.D.N.Y.).**

**Name**: Max Chern
**Address**:
**Phone Number**:
**E-mail Address**:
**Claim Identification Number:** WPHPW-349478472

Thank you ♡

© U.S. Postal Service; October 2023; All rights reserved.

Misuses may be a violation of federal law. This package is not for resale.

solely for use in sending Priority Mail® and Priority Mail International® shipment

This packaging is the property of the U.S. Postal Service® and is provided

how2recycle.info

PAPER POUCH

**FROM:**

Max Chern

JUL 09, 2024

**$9.85**

S2324K502228-09

19063

0 Lb 0.90 Oz

RDC 03

Retail



JUL 1 2 2024

**TO:**

Dapper Labs, Inc. Securities
Litigation c/o Strategic Claims
Services
P.O. Box 230
600 N Jackson St, Ste 205
Media, PA 19063

WHEN USED INTERNATIONALLY, A CUSTOMS
DECLARATION LABEL MAY BE REQUIRED.

how2recycle.info

PAPER POUCH

FSC
MIX
FSC C159016

EXPECTED DELIVERY DAY: 07/11/24

USPS TRACKING® #

**MAIL**

**FLAT RATE
ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

EP14B October 2023
OD: 10 x 6

Matthew Lipari

Claim Identification Number: YMXMM-948977544

I request to be excluded from the settlement class in **Friel v. Dapper Labs, Inc et al Case No. 1:21-cv-05837-VM (S.D.N.Y)**

Thank you,

Matthew Lipari     $06/30/2024$

3 JUL 2024

Dapper Labs, Inc Securities Litigation
c/o Strategic Claims Service
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

19063-256455

Dapper Labs, Inc.
Securities Litigation c/o Strategic Claims Services
P.O. Box 230 600 N. Jackson St., Ste. 205
Media, PA 19063

Omri Green

Claim Identification Number: MAQHX-113668767

Re: Dapper Labs Inc. Securities Settlement Exclusion Request

To Whom It May Concern:

I request to be excluded from the Settlement Class in Friel v. Dapper Labs, Inc., et al., Case No. 1:21-cv 05837-VM (S.D.N.Y.).

Sincerely,

Omri Green



8 JUL 2024

Dapper Labs, Inc.
Securities Litigation c/o Strategic Claims Ser.
PO Box 230 600 N. Jackson St.
Ste 205
Media, PA 19063

19063-256199

JUL 11 2024

June 28, 2024

Dapper Labs, Inc. Securities Litigation
C/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

I request to be excluded from the Settlement Class in Friel v. Dapper Labs, Inc., et al., Case
No. 1:21-cv-05837-VM (S.D.N.Y.).

Steven Chea

Identification Number: MHQYK-255627246



3 JUL 2024

JUL 05 2024

DAPPER LABS INC SECURITIES LITIGATION
C/O STRATEGIC CLAIMS SERVICES
P.O. BOX 230
600 N. JACKSON ST., STE. 205
MEDIA, PA 19063

1-5063-256455

To : Claims Administrator

I do not want to receive a payment from the settlement and declare to exclude myself from this settlement.

I am writing to request to be excluded from the Settlement Class in Friel v. Dapper Labs, Inc., et al., Case No. 1:21-cv-05837-VM (S.D.N.Y.)

Under penalty of perjury, I hereby declare I am the beneficial owner.

7/4/2024

Stephanie SunPo Ng

email :
Claim ID # NVJNJ-161228386
PIN

To : Dapper Labs, Inc. Securities Litigation
    c/o Strategic Claims Services
    P.O. Box 230
    600 N. Jackson St., Ste. 205
    Media, PA 19063



05 JUL 2024

JUL 03 2024

TO: Dapper Labs, Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste 205
Media, PA 19063

1906382564

DATE

NAME = Zachary Tinn

ADDRESS =

PHONE # =

EMAIL =

CLAIM ID = CHXCM - 696287236

I request to be excluded from the Settlement Class in Friel vs. Dapper Labs, et. al., Case No. 1:21-cv-05837-VM (S.D.N.Y.).

7/4/24



8 JUL 2024

Dapper Labs, Inc. Securities Litigation
c/o Strategic Claims Services
PO Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

19063-256455

To whom it may concern:

I, Abigail Barsky, would like to exclude myself from the settlement class in Friel v. Dapper Labs, Inc., et al., Case No. 1:21-cv-05837-VM (S.D.N.Y.). My address is

My phone number is

My email address is

Please reach out if you need anything else from me.

Thank you,



Abigail Barsky

Dapper Labs. Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

JUL 2 6 2024

1 905 38 2554 0034

*Dapper Labs, Inc. Securities Litigation*
*c/o Strategic Claims Services*
*P.O. Box 230*
*600 N. Jackson St., Ste. 205*
*Media, PA 19063*

**July 12, 2024**

I, Andrew Beelitz, hereby request to be excluded from the Settlement Class in Friel v. Dapper Labs, Inc., et al., Case No. 1:21-cv-05837-VM (S.D.N.Y.).

**Name:**

Andrew Beelitz

**Address:**

**Phone number:**

**E-mail address:**

**Identification number:**

WWPHJ-474411481

**PIN:**

Signed,

Andrew Beelitz

7/12/2024 | 6:18:20 PM PDT



15 JUL 2024

Andrew Azelitz

Dapper Labs, Inc. Securities Litigation
c/o Strategic Claims Service
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

JUL 17 2024

19063-2E5455

July 13, 2024

To whom it may concern,

Please exclude me from the Settlement Class in Friel v. Dapper
Labs, Inc., et al., Case No. 1:21-cv-05837-VM (S.D.N.Y.).

My information is as follows:

Name – Albert Fu

Address –

Phone Number –

Email address –

Claim identification number - TTJJB-925127888

PIN –

Thank you,

16 JUL 2024

Dapper Labs, Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

19063-256455

JUL 2 2 2024

Albert Fu

Adam Gruse
Identification Number: JRVSG-144863873

To whom it may concern;

This is my formal request to be excluded from the Settlement Class in *Friel v. Dapper Labs, Inc., et al., Case No. 1:21-cv-05837-VM (S.D.N.Y.)*.

Thank you.

Adam Gruse



25 JUL 2024

The Gruse Family

Dapper Labs, Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

19063-2584E5    JUL 29 2...

August 8, 2024

Dapper Labs, Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

RE: Exclusion from Friel v. Dapper Labs, Inc., et al. Settlement

To Whom It May Concern:

I request to be excluded from the Settlement Class in *Friel v. Dapper Labs, Inc., et al.,* Case No.
1:21-cv-05837-VM (S.D.N.Y.).

My information is as follows:
Name: Andrew J. Sung
Address:
Phone:
E-mail:
Identification Number: YEEJD-733662428

Please contact me if you need any additional information.

Sincerely,

Andrew J. Sung

8. AUG 2024

DAPPER LABS, INC. SECURITIES LITIGATION
C/O STRATEGIC CLAIMS SERVICES
P.O. BOX 230
600 JACKSON ST., STE 205
MEDIA, PA 19063

19063-256455

AUG 1 2 2024

Brian Frick

DGHKK-183833824

July 8, 2024

Claims Administrator

Dapper Labs, Inc. Securities Litigation

c/o Strategic Claims Services

P.O. Box 230

600 N. Jackson St., Ste. 205

Media, PA 19063

**Re: Request for Exclusion from Settlement Class in Friel v. Dapper Labs, Inc., et al., Case No. 1:21-cv-05837-VM (S.D.N.Y.)**

Dear Claims Administrator,

I hereby request to be excluded from the Settlement Class in the above-referenced class action lawsuit. I understand that by excluding myself, I will not receive any payment from the settlement and will not be bound by the terms of the settlement agreement.

Sincerely,

Brian P Frick



24 JUL 2024

Papper Labs, INC
Securities litigation

PO Box 230
606 N Jackson St, Ste 205
Media, PA 19063

JUL 29 2024

19063-256455

To whom it may concern,

I request to be excluded from the Settlement Class in Friel v. Dapper Labs, Inc., et al, Case No. 1:21-cv-05837-VM (S.D.N.Y.).

My details are below:

Name: CHARLES DONALDSON

Address:

Phone Number:

E-mail Address:

Claim Identification Number: DUHNF-241657857

Kind Regards,
Charles Donaldson





BY AIR MAIL
par avion
Royal Mail®

To:

DAPPER LABS, INC. SECURITIES LITIGATION
c/o STRATEGIC CLAIMS SERVICES
P.O. BOX 230
600 N. JACKSON ST., STE. 205
MEDIA, PA 19063
UNITED STATES OF AMERICA

JUL 15 2024

From -
80 Astara Drive
Coventry
UK
CV4 9ZY

Dapper Labs, Inc. Securities Litigation
% Strategic Claims Services
P. O. Box 230
600 N. Jackson St. Ste. 205
Media, PA 19063

Name:         Chris Hill
Address:

Email:

Claim Identification Number: NCJBU-637386286

To Whom It May Concern:

Please exclude myself from the Settlement Class in Friel v. Dapper Labs, Inc., et. al.,
Case No. 1:21-cv-05837VM (S.D.N.Y.)

Sincerely,

7/18/24

Chris Hill

19 JUL 2024

Dapper Labs Securities Litigation
c/o strategic claims services
P. O. Box 230
600 N. Jackson St. Ste. 205
Media, PA 19063

JUL 2 2 2024

19063-256455

July 16, 2024

Claims Administrator

Strategic Claims Services, Inc.

**Exclusion Request:** Dapper Labs, Inc. Securities Litigation

Name:               Carol Diane Kennedy

Address:

Phone:

Email:

Identification Number:    QSMSB-694929141

I Carol Diane Kennedy request to be excluded from the Settlement Class in Friel v. Dapper Labs, Inc., et al., Case No. 1:21-cv-05837-VM {S.D.N.Y.}.

Date:               July 16, 2024

Sign:               Carol Diane Kennedy

(as the beneficial owner, under penalty of perjury)

Dapper Labs, Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
200 N. Jackson St., Ste. 205
Media, PA 19063
USA

JUL 29 2024

1.905380230 B0003

Christopher Slotterback

07/16/2024

Claims Administrator
Dapper Labs, Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

Re: Request for Exclusion from Settlement Class
Claim Identification Number: WJMYT-513189782
PIN:

Dear Claims Administrator,

I, Christopher Slotterback, hereby request to be excluded from the Settlement Class in Friel v. Dapper Labs, Inc., et al., Case No. 1:21-cv-05837-VM (S.D.N.Y.).

By submitting this request, I understand that I will not receive any payment from this Settlement and that I retain the right to sue or continue to sue Defendants or other Released Parties on my own, at my own expense, regarding the claims being released in this Settlement.

This request is signed and submitted by me, the beneficial owner, under penalty of perjury.

Sincerely,

Christopher Slotterback



The Slotterback Family

Claims Admin  Dapper Labs, Inc Litigation
600 N. Jackson St, Ste 205
PO Box 230
Media, PA 19063

JUL 1 8 2024

190538823389 B003

Dapper Labs, Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

July 12, 2024

Hello,

I am sending this letter to request to be excluded from the Settlement Class in Friel v. Dapper Labs, Inc., et al., Case No. 1:21-cv-05837-VM (S.D.N.Y.).

As part of my request for exclusion, I am sharing the following information as requested:

**Name**: Christopher Ryan White
**Address**:
**Email Address**:
**Claim Identification Number**: ETBXM-851596364

Please contact me if any additional information is required.

Thank you,

**Christopher White**





Christopher White

JUL 2 9 2024

Dapper Labs, Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA
19063
United States

1906382564 0034

**Christopher Kim**

Claim ID#: VGTRW-577495813

31st July 2024

To Whom It May Concern,

I request to be excluded from the Settlement Class in Friel v. Dapper Labs, Inc., et al., Case No. 1:21-cv-05837-VM (S.D.N.Y.).

Sincerely,

Christopher Kim



1 AUG 2024

AUG 05 2024

Dapper Labs, Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St. Ste. 205
Media, PA 19063

19063-256455

Christopher Kim

I, David Botello, request to be excluded

from the settlement Class in Friel v. DapperLabs,Inc.,

et al., Case No 1:21-cv-05837-VM (S.D.N.Y.)

David Botello

Claim ID: ATQAQ-191841684

8 AUG 2024

FOREVER USA

David Botello

AUG 1 2 2024

Dapper Labs, Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N Jackson St., Ste. 205
Media, PA 19063

19063-2564455

Dapper Labs, Inc. Securities Litigation
℅ Strategic Claims Services
P. O. Box 230
600 N. Jackson St. Ste. 205
Media, PA 19063

Name:        David Hill
Address:

Email:

**Claim Identification Number:** TWRNA-179148737

To Whom It May Concern:

Please exclude myself from the Settlement Class in Friel v. Dapper Labs, Inc., et. al.,
Case No. 1:21-cv-05837VM (S.D.N.Y.)


Sincerely,

7/15/2024

David Hill

Dapper Labs Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St. Ste. 205
Medria, PA   19043

16 JUL 2024

JUL 2 2 2024

1 9063-256455

July 10, 2024

Dapper Labs, Inc. Securities Litigation
c/o Strategic Claims Services
PO Box 230
600 N. Jackson St., Suite 205
Media, PA 19063

      Re:    Notice of Election of Exclusion from Settlement Class

Dear Reader:

Please accept this as my election to <u>exclude</u> myself from the Settlement Class in *Friel v. Dapper Labs, Inc., et al,* Case No. 1:21-cv-05837-VM (S.D.N.Y.). My information is as follows:

Edward Ronsman

Tel:
Email:
Identification Number: ARKTR-794295757

Should you require any additional information, please do not hesitate to contact me.

Edward Ronsman

Dapper Labs, Inc. Securities Litigation
c/o Strategic Claims Service
PO Box 230
600 N. Jackson St, Suite 205
Media, PA 19063

JUL 15 2024

Jack Dale

**Claim Identification Number:** CQGGP-511352684

To Whom It May Concern

I request to be excluded from the Settlement Class in Friel v. Dapper Labs, Inc., et al., Case No. 1:21-cv-05837-VM (S.D.N.Y.)."

Thank You

Jack Dale

7/15/2024

15 JUL 2024

Dapper Labs, Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St, Ste. 205
Media, PA 19063

JUL 19 2024

:9063-256455

The Dale Family

Jonathan Las

**Claim Identification Number:** XSXBB-954835447
**PIN:**

Strategic Claims Services (re: Dapper Labs, Inc. Securities Litigation),

**I formally request to be EXCLUDED from the Settlement Class in Friel v. Dapper Labs, Inc., et al., Case No. 1:21-cv-05837-VM (S.D.N.Y.).**

This settlement is an offensive joke and only a fool would accept the terms. I look forward to Dapper Labs being the subject of countless more lawsuits and legal actions as they are a fraud organization that scammed many thousands of people out of significant sums of money while lining their pockets.

Sincerely,

Jonathan Las

FOREVER

USA

9 JUL 2024

Jonathan Las

DAPPER LABS, INC. SECURITIES LITIGATION

c/o STRATEGIC CLAIMS SERVICES

P.O. Box 230

600 N. JACKSON ST., STE. 205

MEDIA, PA 19063

JUL 15 2024

19063-2564555

To: Claims Administrator

Name: Joseph Liu

Phone:

Email:

Identification Number: QKUGV-286925314

**I request to be excluded from the Settlement Class in Friel v. Dapper Labs, Inc., et al., Case No. 1:21-cv-05837-VM (S.D.N.Y.).**

Thank you,

Joseph Liu



30 JUL 2024

Joseph Liu

Dapper Labs, Inc. Securities Litigation
c/o Strategic Claims Services
AUG 02 2024 P.O. Box 230
600 N. Jackson St., Ste 205
Media, PA 19063

19063-255455

Dapper Labs Inc. Securities Litigation
C/O Strategic Claims Services
P.O Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

Hello,

My name is Josh Salisbury. I reside at
           My e-mail address                 My phone number is
        The identification number I was provided with is XGSEA-247128718.

I request to be excluded from the Settlement Class in *Friel v. Dapper Labs, Inc., et al.*, Case No.
1:21-cv-05837-VM (S.D.N.Y.)

If possible, please provide me with confirmation that this letter has been received, via the e-mail
that I have provided above.

Thank you,

(Date/ Aug 9, 2024)

Josh Salisbury

COMMERCIAL INVOICE / CN23    FACTURE COMMERCIALE / CN23

Sender / Expéditeur

JOSH SALISBURY

DAPPER LABS INC
PO BOX 230 600 N JACKSON ST STE 205
MEDIA PA 19063
UNITED STATES

| Quantity Quantité | Description of Contents Description du contenu | HS Tariff Code Code tarif SH | Country of Origin Pays d'origine | Net Weight (kg) Poids net (kg) | Total Value Valeur totale |
|---|---|---|---|---|---|
| 1 | PAPER WORK | | | 0.016 | 0.01 |

Item ID
N° d'article
Date                     2024 08 09
Reference No.
N° de référence                4373453585

Reason for Export
Raison de l'exportation

Tax ID/IRS/VAT/EIN
Référence du destinataire

Gross Weight
Poids brut           0.016 kg

Document
Document

Dapper Labs Inc Securities Litigation
C/O Strategic Claim Services
P.O Box 230
600 N. Jackson St, Ste. 205
Media, PA 19063



| | CANADA POST / POSTES CANADA    EMS    1 |

Xpresspost ™/MC – USA / É.-U.

From:/De :

JOSH SALISBURY                AUG T 4 2024

Postage paid / Port payé
00103925
Date
2024 08 09
Gross Weight / Poids brut
0.016 kg
Insured Value / Valeurs insurée
$0.01 CAD
Postage Rate / Tarif d'affran.

To:/À :            Tel No  N° de tél.:

$33.81 CAD
Transaction No / N° de transaction

Non-Delivery Instructions
Instructions de non-livraison
return at sender's expense
renvoyer aux frais de l'expéditeur

DAPPER LABS INC
PO BOX 230 600 N JACKSON ST STE 205
MEDIA PA 19063
UNITED STATES

from:
de :    Josh Salisbury





(W x L) 15.9 cm x 22.9 cm • 6 ¼" x 9"
(L x H) 15.9 cm x 22.9 cm

• Résistante à l'eau
et aux déchirures
• Lightweight
tear resistant
• Water and
self-sealing

SIGNATURE:
RPOS/PUVD V221

SPEC 3521 V4

Je, soussigné(e), l'exportateur des marchandises, atteste que l'information fournie sur la présente déclaration relative à la lecture est véridique et correcte et que la colis ne contient pas de marchandises dangereuses ou prohibées, conformément aux conditions générales de transport.

I, the undersigned exporter of goods, certify that the particulars given in this invoice declaration are true and correct to the best of my knowledge and that the items do not contain any dangerous or prohibited articles as stated in the General Conditions of Carriage.

| TOTAL | Currency & Value Devise et valeur | | | | | CAD 0.01 |
|---|---|---|---|---|---|---|
| | | | | | | |

Sender warrants that this item does not contain non – mailable matter.
L'expéditeur garantit que cet envoi ne contient pas d'objet inadmissible.
RPOS/PPDVD V2303.0.Z51
Shipping Label
Étiquette d'expédition
SPEC 3697 V3

a.ca

cyclé.

**USPS SIGNATURE TRACKING ™ #**

Dear Claims Administrator,

Dapper Labs, Inc. Securities Litigation

c/o Strategic Claims Services

P.O. Box 230

600 N. Jackson St., Ste. 205

Media, PA 19063

Please accept this **request to be excluded from the Settlement Class in Friel v. Dapper Labs, Inc., et al., Case No. 1:21-cv-05837-VM (S.D.N.Y.).**

Name: Jeffrey Tomey

Address:

Phone number:

eMail Address:

TopShot ID:

Identification Number:  WSSTU-184882921

Sincerely,

Jeffrey W. Tomey



Mr. Jeffrey W. Tomev

JUL 1 9 2024

15 JUL 2024

**Dapper Labs, Inc. Securities Litigation**
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063



Dapper Labs, Inc. Securities Litigation
% Strategic Claims Services
P. O. Box 230
600 N. Jackson St. Ste. 205
Media, PA 19063

Name:        Laura Hill
Address:

Email:

**Claim Identification Number:** WKSJN-585531644

To Whom It May Concern:

Please exclude myself from the Settlement Class in Friel v. Dapper Labs, Inc., et. al.,
Case No. 1:21-cv-05837VM (S.D.N.Y.)


Sincerely,


Laura Hill

7/15/24

JUL 1 9 2024

19063-256455

Dapper Labs, Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St. Ste. 205
Media, PA 19063

16-JUL-2024 PM



USA FOREVER

Scooby-Doo!

July 12. 20024

Re: Settlement in Friel v. Dapper Labs, Inc., et al., Case No. 1:21-cv-05837-VM (S.D.N.Y.)

Dear Claims Administrator:

My name is Lawrence Mottola, and I am writing to request to be excluded from the Settlement Class in Friel v. Dapper Labs, Inc., et al., Case No. 1:21-cv-05837-VM (S.D.N.Y.).

My contact information is as follows:

Lawrence Mottola

Claim ID NJJVP-668246744

If you have any questions or need additional information, please do not hesitate to contact me. Thank you.

Lawrence Mottola

13 JUL 2024

Lawrence Mottola

Dapper Labs, Inc. Securities Litigation
c/o Strategic Claims Services
PO Box 230
600 N. Jackson St, Ste 205
Media PA 19063

15063-256455

JUL 15 2024

August 9, 2024

Dapper Labs, Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 North Jackson Street, Suite 205
Media, Pennsylvania  19063

To Whom It May Concern:

I, Matthew Brien, request to be excluded from the Settlement Class in
*Friel v. Dapper Labs, Inc., et al.,* Case No. 1:21-cv-05837-VM (S.D.N.Y.).  My
contact information is as follows:

Name:  Matthew Brien
Top Shot Username:
Address:
Phone Number:
E-mail Adress:
Claim Identification Number:  EXJXP-653414154
PIN:

If you have any questions, or need any additional information, please contact me.

Sincerely,

Matthew Brien

9 AUG 2024

Dapper Labs, Inc. Securities Litigation
C/o Strategic Claims Services
P.O. Box 230
600 North Jackson Street, Suite 205
Media, PA 19063

19063-256455

AUG 12 2024

Matt Brien

Exclusion Letter

Matthew Carusi

Claim ID: CYBFV-318246514

I request to be excluded from the settlement Class in Friel v. Dapper Labs inc., et al., Case no. 1:21-cv-05837-VM (S.D.N.Y).



Dapper Labs, Inc. Securities Litigation
C/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

19063-256455

AUG 1 2 2024

**Date:** 8/4/2024

**Identification Number:** NGWVS-623465864

I, Michael Lozada, request to be excluded from the Settlement Class in Friel v. Dapper Labs, Inc., et al., Case No. 1:21-cv-05837-VM (S.D.N.Y.).

Michael Lozada

5 AUG 2024

Dapper Labs, Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

19063-256455

AUG 0 8 2024

Michael Loredo

Name: Michael Tjebben
Address:
Phone #:
Email:
ID #:    VYBUS-752954256        Pin #

I request to be excluded from the settlement class in
Friel v. Dapper Labs, Inc., et al., Case No. 1:21-cv-05837-VM
(S.D.N.Y.)

Michael Tjebben

2 AUG 2024

Pepper Labs, Inc. Securities Litigation
C/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 265
Media, PA 19063

AUG 0 6 2024

Michael Tighe

19063-265455

Date: July 12 2024

Claims Administrator

Dapper Labs, Inc. Securities Litigation

c/o Strategic Claims Services

600 N Jackson Street – Suite 205

Media, PA 19063

Subject: Request for Exclusion from Settlement Class in Dapper Labs, Inc. Securities Litigation

Dear Claims Administrator,

I am writing to request exclusion from the Settlement Class in the Dapper Labs, Inc. Securities Litigation. Please exclude me from the Settlement Class as I do not wish to participate in or be bound by the settlement in this case.

Below are my details for your reference:

Oriel Mano

I understand that by excluding myself, I will not receive any benefits from the settlement, but I will also not be bound by any judgments or decisions made in this case.

Thank you for processing my request.

Sincerely, Oriel Mano

Signature:



PRIORITY MAIL

Dapper Labs, Inc Security Litigation
C/o Stratigic claims Services

P.O box 230

AUG 06 2024

N Jackson St. Ste. 205

Media, PA 19063

Hello,

As per the notice, I am formally giving my request to be excluded from the Settlement Class in Friel v. Dapper Labs, Inc., et al., Case No. 1:21-cv-05837-VM (S.D.N.Y.). Here is the information required.

Name: Randall Bozzini
Address:
phone number:
e-mail address:
Identification Number: BNXQP-536561913
Username:

If any information is missing, let me know at the address above. If nothing is received at the above address, the request will be presumed accepted. Thank you

Best,
Randall Bozzini

7/9/24

10 JUL 2024

Dapper Labs, Inc Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St Ste 205
Media, PA 19063

JUL 1 5 2024

19063-256455

Randy Bozzin

Scott Harris 

Claim Identification Number: CVTPE-462713523

I, Scott Harris, request to be excluded from the Settlement Class in Friel v. Dapper

Labs, Inc., et al., Case No. 1:21-cv-05837-VM (S.D.N.Y.)

15 JUL 2024

Dapper Labs, Inc. Securities Litigation
c/o Strategic Claims Services

P.O. Box 230

600 N. Jackson St, STE 205

Media, PA 19063

19063-256455

JUL 1 9 2024

I, Samuel M. Press,

Request to be excluded from the Settlement class in Frrel v. Dapper Labs, inc., et al., Case No. 1:21-cv-05837-VM(S.D.N.Y)

My info is below
            Samuel. M. Press.

email:
phone:

ID    QMGPK-987787772
Pin

                    Best.

                            Samuel. M. Press.

Samuel Press

Dapper Labs, Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste 205
Media PA 19063

JUL 22 2024

3063-2564E5

August 01, 2024

Dapper Labs, Inc. Securities Litigation,

May I please request to be excluded from the Settlement Class in Friel v. Dapper Labs, Inc., et al., Case No. 1:21-cv-05837-VM (S.D.N.Y.).

**This letter post dates my initial request on July 31, 2024 to be included (copy attached)**

**Scott Goodbrand**

**ID# SFYRA-714878842**

_____    _____        august 1, 2024

    Scott Goodbrand                              Date

8/1/24, 10:56 AM

Case 1:21-cv-05837-VM    Document 81-1    Filed 08/23/24    Page 112 of 144
- Confirmation: Dapper Labs, Inc. Securities Litigation

Scott Goodbrand

## Confirmation: Dapper Labs, Inc. Securities Litigation
1 message

Claims Administrator <info@frielvdapperlabssettlement.com>                     31 July 2024 at 10:53
Reply-To: info@frielvdapperlabssettlement.com
To:

**Your unique form id is**      If you need to amend anything on your form, please reference this ID to assist us in confirming your identity. Below is the
information you submitted:

### ELIGIBILITY

**Claim Identification Number**

SFYRA-714878852

**PIN**

**Top Shots Username**

**Beneficial Owner Name**

Scott D Goodbrand

**Address**

**Day Phone**

**Email**

### FORM OF PAYMENT

**Settlement Payment Options**

I choose to receive my distribution payment from the Net Settlement Fund via a paper check, which will be mailed to me at the address listed in Section I above. If
you choose this option, please allow additional time for the payment to reach you.1

### CERTIFICATION

**Signature of Claimant**

Scott Goodbrand

**Date**

07/31/2024

**Unique ID**

I have read the above and would like to unsubscribe from future email communications regarding this case. click here



Dapper Labs Inc. Securities Litigation
c/o Strategic Claims
PO Box 230
600 N. Jackson Street Ste. 205
Media, PA 19063

190638⁄2564 C034

AUG 15 2024

Scott Goodstein

July 22, 2024

Dapper Labs, Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

Dear Claims Administrator:

I request to be excluded from the Settlement Class in *Friel v. Dapper Labs, Inc., et al.*, Case No.
1:21-cv-05837-VM (S.D.N.Y.). My information is as follows:

    **Name:** Seung Lee
    **Address:**
    **Phone Number:**
    **E-mail Address:**
    **Claim Identification Number:** JJSPF-324337896

I declare under penalty of perjury that the foregoing is true and correct.

Sincerely,

Seung Lee



FOREVER

AUG 0 6 2024

Seung Lee

Dapper Labs, Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

July 1, 2024

Dapper Labs, Inc.
Securities Litigation
c/o Strategic Claims Services
PO Box 230
600 North Jackston Street # 205
Media, PA  19063

To whom it may concern:

I hereby request to be excluded from the Settlement Class in Friel v. Dapper Labs, Inc., et al., Case No. 1:21-cv-05837-VM (S.D.N.Y.)."

Travis D. Lachmansingh - Beneficial Owner



1 JUL 2024

JUL 0 8 2024

Dapper Labs, Inc.
Securities Litigation
c/o Strategic Claims Services
PO Box 230
600 North Jackston Street # 205
Media, PA 19063

19063-256455

Antonio G. Laureano Figueroa

August 4th, 2024

Dapper Labs, Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

Re: Request for Exclusion from the Settlement Class in *Friel v. Dapper Labs, Inc., et al.,* Case
No. 1:21-cv-05837-VM (S.D.N.Y.)

Dear Dapper Labs, Inc. Securities Litigation,

I am writing to formally request exclusion from the class action lawsuit Settlement Class in *Friel
v. Dapper Labs, Inc., et al.* (Case No. 1:21-cv-05837-VM (S.D.N.Y.)), in which I understand I
am a potential class member.

Please consider this letter as my official notice to opt out of the class action settlement. I wish to
retain my right to pursue any individual claims I may have related to this matter.

For your records, I have included my full name, address, and contact information as provided
above.

Thank you for processing my request. Please confirm receipt of this letter and my exclusion from
the class action.

Sincerely,
Antonio G. Laureano Figueroa

U.S. POSTAGE

AUG 13, 2024

$5.58

19063

Retail

RDC 99

From: Antonio Laureano

AUG 19 2024

To: Dapper Labs, Inc.
Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA

Me Angelo Montefrusco,

I request to be excluded from the Settlement class in Friel v. Dapper Labs, Inc, et al., Case No 1:21-CV-05837-VM (S.D.N.Y.)

Address:

Phone number:

Email address:

Identification number: TFHSF - 611935149

Dapper Labs, Inc.

Securities Litigation c/o Strategic Claims Services P O Box 23...

Получатель / To:

Тел. / Tel.:

Адрес / Address    600 N. Jackson St.

Ул. (пл.) / Str.    вх. / en.    эт. / fl.    ап. / ap.

На    бл. / bl.    вх. / en.    эт. / fl.    ап. / ap.

Обл./District

Гр. (с.) / City (v.)

600 N. Jackson St.
Ste. 205 Media,
PA 19063, USA

R

0018

AUG 14 2024

1905382854 0034

Податель / From

Тел. / Tel.:

Адрес / Address

Ул. (пл.) / Str. № 

Обл./District

Гр. (с.) / City (v.)

Коректното попълване на адреса и пощенския код на подателя и получателя гарантира услугата по доставка.

Bennett Fuqua

Claims Administrator
Dapper Labs, Inc. Securities Litigation
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

Dear Claims Administrator,

I am writing to request to be excluded from the settlement class in *Friel v. Dapper Labs, Inc., et al.,* **Case No. 1:21-cv-05837-VM (S.D.N.Y).**

Please find my information, as required as part of my request to be excluded, below:
Bennett Fuqua

Thank you,

Bennett Fuqua



FOREVER

14 AUG 2024

Dapper Labs, Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

19063-256455

AUG 19 2024

Fuqua

Name = Cole Tobias

Address =


Phone # =

Email =

Claim ID = HMPSU-543354855


I request to be excluded from the
settlement class in Friel vs Dapper Labs, Inc.,
et al., Case No. 1:21-cv-05837-VM (S.D.N.Y.).

8/16/24



Dapper Labs, Inc. Securities Litigation
C/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

AUG 19 2024

Cole Tobias

8/16/24

Request for Exclusion from Settlement Class in Friel v. Dapper Labs, Inc.

Dear Claims Administrator,

I am writing to formally request exclusion from the Settlement Class in the case of Friel v. Dapper Labs, Inc., et al., Case No. 1:21-cv-05837-VM (S.D.N.Y.).

Please find my details below for your records:
- Daniel Gavin

-

-

-

- XUAEC-776849324 (Claim Identification Number)

I hereby request to be excluded from the Settlement Class and understand that by doing so, I will retain any right I may have to sue or continue to sue Defendants or other Released Parties regarding the claims being released in this Settlement.

Please ensure that this request is processed in accordance with the Settlement terms. I have enclosed all required information and look forward to your confirmation of receipt.

Thank you for your attention to this matter.

Sincerely,

Daniel Gavin

**Mailing Address:**
Dapper Labs, Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

U.S. POSTAGE PAID

AUG 17, 2024

$9.68

19063

RDC 99

Retail

AUG 20

UNITED STATES
POSTAL SERVICE

CERTIFIED MAIL

AUG 2 0, 2024

D. Gavin

Dapper Labs, Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St. Suite 205
Media, PA , 19063

19063-256455

From:
Gonçalo Carvalho de Sousa Ferreira da Silva

To:
Claims Administrator

Dapper Labs, Inc. Securities Litigation

c/o Strategic Claims Services

P.O. Box 230

600 N. Jackson St., Ste. 205

Media, PA 19063

Subject: Request for Exclusion from Settlement Class in Friel v. Dapper Labs, Inc., et al., Case No. 1:21-cv-05837-VM (S.D.N.Y.)

Dear Claims Administrator,

I am writing to formally request exclusion from the Settlement Class in the case of **Friel v. Dapper Labs, Inc., et al., Case No. 1:21-cv-05837-VM (S.D.N.Y.)**. Please consider this letter as my official request to be excluded from the Settlement Class.

As required, I am providing my identification details:
- **Full Name:** Gonçalo Carvalho de Sousa Ferreira da Silva
- **Address:**
- **Phone Number:**
- **Email Address:**

Under penalty of perjury, I affirm that I am the beneficial owner of the NBA Top Shot Moments purchased during the Settlement Class Period, and I request to be excluded from the Settlement Class.

I understand that by requesting exclusion, I will not receive any payment from the Settlement Fund and will not be bound by any judgment or release in this case. I will retain the right to pursue any claims against the Defendants separately, at my own expense.

Please confirm receipt of this exclusion request by sending a written confirmation to the address provided above.

Thank you for your attention to this matter.

Sincerely,

Gonçalo Carvalho de Sousa Ferreira da Silva

03 August 2024

GONÇALO FERREIRA DA SILVA

AUG 1 9 2024



CLAIMS ADMINISTRATOR
DAPPER LABS, INC. SECURITIES LITIGATION
C/O STRATEGIC CLAIMS SERVICES
P.O. BOX 230
600 N. JACKSON ST., STE. 205
MEDIA, PA 19063
UNITED STATES OF AMERICA

1906382554 CO34

Dapper Labs, Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Bix 230
600 N. Jackson Street, Ste 205
Media, PA  19063

Hayes N. Press


Claim Identification Number  RWEFH-774865453
PIN


Claims Administrator

    I request to be excluded from the Settlement Class in Friel v. Dapper Labs, Inc., et al.,
Case No. 1:21-cv-05837-VM (S.D.N.Y.)

Thank you for your assisting in this matter,


Hayes N. Press

16 AUG 2024

Hayes N Press

AUG 1 9 2024

Dapper Labs, Inc securities Litigation
c/o strategic claims services
P.O. Bix 230
600 N Jackson Street   ste 205
Media, PA   19063

19063-255455

8/12/2024

JASON Pinto

I would like to be excluded from the settlement class
in Friel v. Dapper labs, inc et al case no. 1:21-CV-05837-VM
                                                    (S.D.N.Y)

claim ID - RCSWD- 655 333724

Respectfully,



13 AUG 2024

Dapper labs inc Securities Litigation
c/o Strategic claims Services
600 N. Jackson st. Suite 205
Medina, PA 19063



AUG 19 2024

Print

Patrick Dwyer

Dapper Labs, Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063
Phone: 610-565-9202
Fax: 610-565-7985
Toll Free: 1-866-274-4004

Dear Claims Administrator,

I request to be excluded from the Settlement Class in Friel v. Dapper Labs, Inc., et al., Case No. 1:21-cv-05837-VM (S.D.N.Y.).

Please find below the relevant identification information for my exclusion:

Claim Identification Number: AWSYY-873117251
Claim ID Pin:
Name: Patrick Dwyer
Address:
Dapper Labs Account Name:
Email Address used in Dapper Labs products:
Phone Number:

If you need any further information please don't hesitate to reach out.

Sincerely,

$8/13/2024$

Patrick Dwyer

PD wyger

AUG 1 9 2024

Dapper Labs, Inc. Securities Litigation
C/o Strategic Claims Services
PO Box 230
600 N. Jackson St., Ste 205
Media, PA 19063

19063-256455

Dapper Labs, Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

Request to be excluded from the Settlement Class in Friel v. Dapper
Labs, Inc., et al., Case No. 1:21-cv-05837-VM (S.D.N.Y.).

**Claim Identification Number:** MRJTB-479472467
**PIN:**

Scott Daniels

Scott Daniels

Dapper Labs, Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St. St. 205
Media, PA 19063

AUG 20 2024

19063325564 C0034

August 13, 2024

Dapper Labs, Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

To Whom It May Concern:

My name is Varun Gumaste and I request to be excluded from the Settlement Class in Friel v.
Dapper Labs, Inc., et al., Case No. 1:21-cv-05837-VM (S.D.N.Y.).  My address, phone number,
e-mail address, and Identification Number are below:

    Name: Varun Gumaste
    Address:
    Phone Number:
    E-Mail Address:
    Identification Number: EVCSG-853644443

Please confirm receipt of this letter and my exclusion from the Settlement Class.

Sincerely,

Varun Gumaste

17 AUG 2024

Dapper Labs, Inc. Securities Litigation
C/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Suite 205
Media, PA 19063

19063-255455

AUG 2 0 2024

Varun Gumaste

Kira Matevie

NFATH-955695949

Date: 30 July 2024

Paul Hastings LLP
101 California Street
Forty-Eighth Floor
San Francisco, CA 94111

### Re: Friel v. Dapper Labs, Inc., et al., Case No. 1:21-cv-05837-7 VM (S.D.N.Y.).

Dear Mr. Kenneth P. Herzinger:

I desire to object! I object to the settlement amount of $4,000,000.00 and I object to the proposed individual recovery amount of approximately $.08 per moment purchased during the Settlement Class Period of June 15, 2020 to December 27, 2021. I find the Settlement is unfair, unreasonable, inadequate, and it should not be approved by the Court. Using the following analogy, I wish to summarize why I believe the settlement is unfair, unreasonable, inadequate and shouldn't be approved by the Court. The Defendants robbed a bank for $500M and now only must return $5M. For me, the individual who only had $10K in the bank, I can only expect to recover $800 of my losses. I ask, how can this be fair? To me this appears to be an injustice in morality and commerce.

Dapper saw phenomenal profits during the Settlement Class Period. In January 2021 alone, Top Shot generated over $40.5 million in sales volume from 19,185 unique buyers.[1] In February 2021, Top Shot did over $224 million in sales volume with over 80,000 unique buyers, generating over $45 million in a single day.[1] In September 2021 the company was valued at $7.6B.[2] I provide this information to communicate the sheer scale of revenue generated during the Settlement Class period and the value this relates to the proposed settlement amount. For a mere $4M we are agreeing the Defendants are not in the Securities business allowing, the Defendants to skirt any responsibility associated with purposely devaluing the accounts of early adopters and those adversely affected during the Settlement Claim period. I do not think Dapper Labs and Roham Gharegozlou should be allowed to get away with such a light penalty.



Source CryptoSlam

As an early adopter, I have suffered a loss that I have yet to recover from.  To date, my account has a negative valuation of $7,853. It cost me $8,410 to amass my collection of 377 Moments that are now worth only $557.  During the Settlement Claim period Dapper made $434.90 in fees off me alone.  I could accept this lost if the loss was a result of organic market behaviour, as investments have known risks.  However, this was not the case.  To meet the skyrocketing demand and ease the complaints around queue waiting times, Top Shot released an influx of supply into the market.  This led to a sharp downturn in market prices. Many who bought Moments at their peak were left with significant losses. People lost homes and life savings.  The loses of over 120,000 collectors between 33,037,779 moments must be worth more than a mere $.08 apiece.

Most of us acquired losses based upon deception and lies spread by the Dapper team.  In the beginning, we were told by Dapper and Roham our Moments were collectables with tiered rarity. When I started there were 3 tiers.  The lowest ranking tier, Common, had only 10K editions. Now there are 5 tiers, and the Common tier has editions that include more than 40K in the series.  Chasing greed, a decision was made to influx the market and devalue existing account. We should have been given the choice, not manipulated.  As a result, I think it is fair for claimants to recover at least the amount of value lost with their acquired moments.

As I stated above there are unintended costs of this settlement.  For a mere $4M we are agreeing the Defendants are not in the Securities business, allowing the Defendants to skirt any responsibility associated with purposely devaluing the accounts of early adopters and those affected during the Settlement Claim period.  If these moments were declared securities those who suffered catastrophic losses would have an opportunity to seek fair recovery.  I am sure there will be other unintended costs I haven't considered that the $4M absolves the Dapper team on.

As an individual, unsupported by counsel, I ask that the court review, consider and approve my objection.  I approve the reading of my objection in the hearing scheduled for September 27,2024 @ 10 a.m.

Note:  I have never filed an object to a class action settlement.

Sincerely,


Kira Matevie


[1] https://nftnow.com/features/what-happened-to-nba-top-shot/
[2] https://techcrunch.com/2021/09/22/nba-top-shot-creator-dapper-labs-raises-another-250-million/

