```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/26/2024

JEEUN FRIEL, Individually and on behalf of all others similarly situated,

        Plaintiff,

- against -

DAPPER LABS, INC. AND ROHAM GHAREGOZLOU,

        Defendants.

21 Civ. 5837 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    It is hereby **ORDERED** that the Settlement Fairness Hearing currently scheduled for September 27, 2024, at 10:00 AM, is hereby adjourned to October 25, 2024, at 10:00 AM.

**SO ORDERED.**

Dated:    26 September 2024
           New York, New York

                                      _____
                                          Victor Marrero
                                            U.S.D.J.