UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEEUN FRIEL, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DAPPER LABS, INC. AND ROHAM GHAREGOZLOU,<br><br>Defendants. | Case No.: 1:21-cv-05837-VM |

**NOTICE OF MOTION AND MOTION FOR**
**DISTRIBUTION OF CLASS ACTION SETTLEMENT FUNDS**

**PLEASE TAKE NOTICE** that Lead Plaintiff Gary Leuis and Named Plaintiff John Austin (collectively, "Plaintiffs"), through Lead Counsel, hereby move this Court for entry of the accompanying [Proposed] Order Granting Motion for Distribution of Class Action Settlement Funds ("Distribution Order").

Plaintiffs base this motion on this: Notice of Motion; the Memorandum of Law in support hereof; the Declaration of Sarah Evans Concerning the Results of the Claims Administration Process, and the Exhibits thereto; and all other pleadings and matters of record.

Plaintiffs respectfully request that the Court decide the Motion on the papers and enter the Distribution Order.

1

Dated: December 23, 2025

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

<u>/s/ *Phillip Kim*</u>
Phillip Kim, Esq.
Laurence M. Rosen, Esq.
Michael Cohen, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: philkim@rosenlegal.com
Email: lrosen@rosenlegal.com
Email: mcohen@rosenlegal.com

*Lead Counsel for Plaintiffs and the Settlement Class*